IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. A., NURSE A., DR. C., NURSE D., DR. F., DR. G, THERAPIST I., DR. J., NURSE J., DR. M., NURSE N., DR. O., DR. P., TECHNOLOGIST P., DR. S., NURSE S. and PHYSICIAN LIAISON X., <br><br>Plaintiffs, <br><br>v. <br><br>KATHY HOCHUL, Governor of the State of New York, in her official capacity; HOWARD A. ZUCKER, Commissioner of the New York State Department of Health, in his official capacity; and LETITIA JAMES, Attorney General of the State of New York, in her official capacity, <br><br>Defendants. | Case No. 1:21-cv-1009 (DNH/ML) <br><br>**Order to Show Cause** |

**UNSWORN DECLARATION OF
MICHAEL G. MCHALE, ESQ.**

Pursuant to 28 U.S.C. § 1746, Michael G. McHale hereby declares under penalty of perjury as follows:

1. I am counsel for the plaintiffs in this matter and I make this declaration pertaining to Exhibits A to F annexed to the Verified Complaint in this matter.

2. I hereby certify that the annexed Exhibits A to F are true copies of the original digital sources or excerpts therefrom where indicated, with the exception of digitally inserted Exhibit markings and emphases to each Exhibit, a descriptive box for the transcript in Exhibit F, the pagination added to Exhibit E, and the pagination added to Exhibit F.

3. I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2021

_____
Michael G. McHale
(Bar No. 701887)
Counsel, Thomas More Society
*Counsel for Plaintiffs*