# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



**John M. Domurad**
Clerk of Court

**Daniel R. McAllister**
Chief Deputy

James M. Hanley Federal Building
P.O. Box 7367 100 S. Clinton Street
Syracuse NY 13261-7367
(315) 234-8500

September 13, 2021

*VIA E-MAIL AND USPS*
Peter Breen, Esq.
Stephen M. Crampton, Esq.
Thomas Moore Society
309 W. Washington, Suite 1250
Chicago, IL 60606

RE:   Dr. A., et al. vs. Kathy Hochul, et al.
        NYND CASE NO. 1:21-cv-1009 (DNH/ML)

Dear Counsel:

Please be advised that the above case was filed September 13, 2021, in the Northern District of New York.  You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court.  This means all attorneys MUST have an individual PACER account, and request admission via PACER.  If you will be seeking Permanent Admission, instructions can be found on our website at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf.  If you will be seeking Pro Hac Vice Admission, instructions can be found by using the following link: http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf.  Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Patsy Harvey, Case Processing Specialist

cc:   Michael G. McHale, Esq. (via CM/ECF)
        Christopher A. Ferrara, Esq. (via CM/ECF)
        NDNY File