UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Dr. A, Nurse A., Dr. C., Nurse D., Dr. F., Dr. G., Therapist I., Dr. J., Nurse J., Dr. M., Nurse N., Dr. O., Dr. P., Technologist P., Dr. S., Nurse S., and Physician Liaison X., | **NOTICE OF APPEARANCE** |
| *Plaintiffs*, | 1:21-CV-1009 |
| -against- | (DNH)(ML) |
| KATHY HOCHUL, Governor of the State of New York, in his official capacity, DR. HOWARD A. ZUCKER, Commissioner of the New York State Department of Health, in his official capacity, and LETITIA JAMES, Attorney General of the State of New York in her official capacity, | |
| *Defendants*. | |

---

**PLEASE TAKE NOTICE** that Defendants Kathy Hochul, Howard A. Zucker, and Letitia James hereby appear by the undersigned, whose address and telephone number are as set forth below.

Dated: Albany, New York
September 16, 2021

> LETITIA JAMES
> Attorney General of the State of New York
> *Attorney for Defendants*
> The Capitol
> Albany, New York
>
> By: s/ *Kasey K. Hildonen*
> Kasey K. Hildonen
> Assistant Attorney General, of Counsel
> Bar Roll No. 520351
> Telephone: (518) 776-2590
> Fax: (518) 915-7740 (Not for service of papers.)
> Email: kasey.hildonen@ag.ny.gov

TO: Christopher A. Ferrara, Esq. (*via ECF*)
Michael McHale, Esq. (*via ECF*)