# Exhibit B

# COVID-19                                    MENU

MORE RESOURCES

# Emerging SARS-CoV-2 Variants

Updated Jan. 3, 2021

Languages ▼

Print

Multiple SARS-CoV-2 variants are circulating globally. Several new variants emerged in the fall of 2020, most notably:

- In the United Kingdom (UK), a new variant strain of SARS-CoV-2 (known as 20B/501Y.V1, VOC 202012/01, or B.1.1.7 lineage) emerged with an unusually large number of mutations. This variant has since been detected in numerous countries around the world, including the United States (US) and Canada.
- In South Africa, another variant of SARS-CoV-2 (known as 20C/501Y.V2 or B.1.351 lineage) emerged independently of the B.1.1.7 lineage. This variant shares some mutations with the B.1.1.7 lineage. Cases attributed to this variant have been detected outside of South Africa.

Scientists are working to learn more about these variants to better understand how easily they might be transmitted and whether currently authorized vaccines will protect people against them. Currently, there is no evidence that these variants cause more severe illness or increased risk of death. New information about the virologic, epidemiologic, and clinical characteristics of these variants is rapidly emerging.

**Previous update:**
Dec. 29, 2020



## US COVID-19 Cases Caused by Variants

View a map showing the number of confirmed cases in each state.

View Cases

CDC, in collaboration with other public health agencies, is monitoring the situation closely. CDC is working

to detect and characterize emerging viral variants. Furthermore, CDC has staff available to provide on-the-ground technical support to investigate the epidemiologic and clinical characteristics of SARS-CoV-2 variant infections. CDC will communicate new information as it becomes available.

[Top of Page](#)

# Emerging Variants

### B.1.1.7 lineage (a.k.a. 20B/501Y.V1 Variant of Concern (VOC) 202012/01)

- This variant has a mutation in the receptor binding domain (RBD) of the spike protein at position 501, where amino acid asparagine (N) has been replaced with tyrosine (Y). The shorthand for this mutation is N501Y. This variant also has several other mutations, including:
    - 69/70 deletion: occurred spontaneously many times and likely leads to a conformational change in the spike protein
    - P681H: near the S1/S2 furin cleavage site, a site with high variability in coronaviruses. This mutation has also emerged spontaneously multiple times.
    - ORF8 stop codon (Q27stop): mutation in ORF8, the function of which is unknown.
- This variant is estimated to have first emerged in the UK during September 2020.
- Since December 20, 2020, several countries have reported cases of the B.1.1.7 lineage, including the United States and Canada.
- Preliminary epidemiologic indicators suggest that this variant is associated with increased transmissibility (i.e., more efficient and rapid transmission).
- Currently there is no evidence to suggest that the variant has any impact on the severity of disease or vaccine efficacy.

### B.1.351 lineage (a.k.a. 20C/501Y.V2)

- This variant has multiple mutations in the spike protein, including N501Y. Unlike the B.1.1.7 lineage detected in the UK this variant does not contain the deletion at 69/70.
- This variant was first identified in Nelson Mandela Bay, South Africa, in samples dating back to the beginning of October 2020, and cases have since been detected outside of South Africa.
- The variant also was identified in Zambia in late December 2020, at which time it appeared to be the predominant variant in the country.
- Currently there is no evidence to suggest that this variant has any impact on disease severity or vaccine efficacy.

# Why Strain Surveillance is Important for Public Health

CDC has been conducting SARS-CoV-2 Strain Surveillance to build a collection of SARS-CoV-2 specimens and sequences to support public health response. Routine analysis of the available genetic sequence data will enable CDC and its public health partners to identify variant viruses for further characterization.

Viruses generally acquire mutations over time, giving rise to new variants. For instance, another strain recently emerged in Nigeria[1]. CDC also is monitoring this strain but, at this time, it has shown no characteristics of greater concern to public health experts.

Some of the potential consequences of emerging variants are the following:

- **Ability to spread more quickly in people.** There is already evidence that one mutation, D614G, confers increased ability to spread more quickly than the wild-type[2] SARS-CoV-2. In the lab, 614G variants propagate more quickly in human respiratory epithelial cells, outcompeting 614D viruses. There also is epidemiologic evidence that the 614G variant spreads more quickly than viruses without the mutation.
- **Ability to cause either milder or more severe disease in people.** There is no evidence that these recently identified SARS-CoV-2 variants cause more severe disease than earlier ones.
- **Ability to evade detection by specific diagnostic tests.** Most commercial polymerase chain reaction (PCR) tests have multiple targets to detect the virus, such that even if a mutation impacts one of the targets, the other PCR targets will still work.
- **Decreased susceptibility to therapeutic agents such as monoclonal antibodies.**
- **Ability to evade natural or vaccine-induced immunity.** Both vaccination against and natural infection with SARS-CoV-2 produce a "polyclonal" response that targets several parts of the spike protein. The virus would likely need to accumulate multiple mutations in the spike protein to evade immunity induced by vaccines or by natural infection.

Among these possibilities, the last—the ability to evade vaccine-induced immunity—would likely be the most concerning because once a large proportion of the population is vaccinated, there will be immune pressure that could favor and accelerate emergence of such variants by selecting for "escape mutants." There is no evidence that this is occurring, and most experts believe escape mutants are unlikely to emerge because of the nature of the virus.

[1] Analysis of sequences from the African Centre of Excellence for Genomics of Infectious Diseases (ACEGID), Redeemer's University, Nigeria, identified two SARS-CoV-2 sequences belonging to the B.1.1.207 lineage. These sequences share one non-synonymous mutation in the spike protein (P681H) in common

with the B.1.1.7 lineage but does not share any of the other 22 unique mutations of B.1.1.7 lineage. The P681H residue is near the S1/S2 furin cleavage site, a site with high variability in coronaviruses. At this time, it is unknown when this variant may have first emerged. Currently there is no evidence to indicate this variant has any impact on disease severity or is contributing to increased transmission of SARS-CoV-2 in Nigeria.

[2] "Wild-type" refers to the strain of virus – or background strain – that contains no major mutations.

Top of Page

# Strain Surveillance in the US

In the United States, sequence-based strain surveillance has been ramping up with the following components:

- **National SARS-CoV-2 Strain Surveillance ("NS3"):** Since November 2020, state health departments and other public health agencies have been regularly sending CDC SARS-CoV-2 samples for sequencing and further characterization. This system is now being scaled to process 750 samples nationally per week. One strength of this system is that it allows for characterization of viruses beyond what sequencing alone can provide.

- **Surveillance in partnership with national reference laboratories:** CDC is contracting with large national reference labs to provide sequence data from across the United States. As of December 29, CDC has commitments from these laboratories to sequence 1,750 samples per week and anticipates being able to increase this number.

- **Contracts with universities:** CDC has contracts with seven universities to conduct genomic surveillance in collaboration with public health agencies.

- **Sequencing within state and local health departments:** Since 2014, CDC's Advanced Molecular Detection Program has been integrating next-generation sequencing and bioinformatics into the U.S. public health system. Several state and local health departments have been applying these resources as part of their response to COVID-19. To further support these efforts, CDC released $15 million in funding, with COVID supplemental funds, through the Epidemiology and Laboratory Capacity Program on December 18, 2020.

- **The SPHERES consortium:** Since early in the pandemic, CDC has led a national consortium of laboratories sequencing SARS-CoV-2 (SPHERES) to coordinate U.S sequencing efforts outside of CDC. The SPHERES consortium consists of more than 160 institutions, including academic centers, industry, non-governmental organizations, and public health agencies.

Through these efforts, anonymous genomic data are made available through public databases for use by public health professionals, researchers, and industry.

[Top of Page](#)

Last Updated Jan. 3, 2021

☐ More Resources

CDC in Action

Global COVID-19

**Science & Research**

| **Science Briefs**

Emerging SARS-CoV-2 Variants

Options to Reduce Quarantine for Contacts of Persons with SARS-CoV-2 Infection Using Symptom Monitoring and Diagnostic Testing

Science Agenda: Building the Evidence Base for Ongoing COVID-19 Response, 2020-2023

Scientific Brief: Community Use of Cloth Masks to Control the Spread of SARS-CoV-2

Scientific Brief: SARS-CoV-2 and Potential Airborne Transmission

Guidance Documents

Communication Resources

What's New

☐ Get Email Updates

To receive email updates about COVID-19, enter your email address:

[What's this?](#)

## HAVE QUESTIONS?

Visit CDC-INFO

Call 800-232-4636

Email CDC-INFO

Open 24/7

## CDC INFORMATION

About CDC
Jobs
Funding
Policies
File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility

## CONNECT WITH CDC

U.S. Department of Health & Human Services
USA.gov
CDC Website Exit Disclaimer

LANGUAGE ASSISTANCE

Español

繁體中文

Tiếng Việt

한국어

Tagalog

Русский

العربية

Kreyòl Ayisyen

Français

Polski

Português

Italiano

Deutsch

日本語

فارسی

English