# Exhibit E

9/13/21, 9:11 AM 'Every case except one was delta': UB scientists urge vaccines, masking as delta variant rages | News 4 Buffalo

Case 1:21-cv-01009-DNH-ML Document 16-5 Filed 09/22/21 Page 2 of 16

63°

CORONAVIRUS

# 'Every case except one was delta': UB scientists urge vaccines, masking as delta variant rages

'Every case except one was delta': UB scientists urge vaccines, masking as delta variant rages

by: Nick Veronica

Posted: Aug 13, 2021 / 12:48 PM EDT / Updated: Aug 14, 2021 / 12:15 AM EDT

BUFFALO, N.Y. (WIVB) – Scientists from the University at Buffalo are concerned how quickly the Covid-19 delta variant has spread through Western New York, saying nearly every single new case they genome sequenced in the past month was the delta variant.

63°

"What was really striking to me was that in May, of the cases we sequenced, 1 percent were delta, and in June 25 percent were delta. Then starting early July, every case except one was delta," said Jennifer Surtees, Ph.D., who is the co-director of UB's Genome, Environment and Microbiome Community of Excellence.

ADVERTISING



**Poloncarz: Expect countywide school reopening guidance next week →**

Erie County's Covid positivity rate has seen a rapid rise over the past month. When the level of cases surpassed the CDC's benchmark for "substantial" transmission on July 31, the Health Department responding by requiring masks when indoors at any county building or facility, regardless of vaccination status – including Bills games at Highmark Stadium.

9/13/21, 9:11 AM
Every case except one was delta: UB scientists urge vaccines, masking as delta variant rages | News 4 Buffalo
Case 1:21-cv-01009-DNH-ML Document 16-5 Filed 09/22/21 Page 4 of 16

63°

| | Past 7 Days | Persons |
|---|---|---|
| 7/3/2021 | 75 | 8.2 |
| 7/10/2021 | 68 | 7.4 |
| 7/17/2021 | 173 | 18.8 |
| 7/24/2021 | 297 | 32.3 |
| 7/31/2021 | 529 | 57.6 |
| 8/7/2021 | 650 | 70.7 |

"The fact that delta became dominant here so quickly tells us that the selective advantage of delta is dramatic," Surtees said. "It's the same virus but it's a more robust version. This is how evolution works and it's happening so quickly because people are continuing to be infected.

"The inability to contain this virus constitutes what is essentially a gigantic evolutionary experiment on a global scale," Surtees added. "This virus will continue to evolve as long as significant numbers of people continue to get infected. Getting vaccinated and taking other mitigation measures like masking and social distancing are effective actions we can take to slow the spread of the virus and save lives."

### CDC urges pregnant women to get COVID vaccines as delta surges →

The delta variant, first identified in India and known in the scientific community as B.1.617.2, spreads much faster than other variants and may cause more severe cases, according to the CDC. UB said the only case it sequenced recently that wasn't delta was the variant known as B.1.621, which was first seen in Colombia and now represents about 10 percent of cases in South Florida.

"People infected with the delta variant are shedding about 1,000 times the viral load that people infected with earlier variants were shedding," Surtees said. That's why she and other scientists are recommending increased measures to prevent the spread of the virus.

9/13/21, 9:11 AM  Every case except one was delta: UB scientists urge vaccines, masking as delta variant rages | News 4 Buffalo

Case 1:21-cv-01009-DNH-ML Document 16-5 Filed 09/22/21 Page 5 of 16

63°

transmissible and we are still learning about it, it's important to add other mitigation approaches, such as masking and distancing, hand-washing, isolating, getting tested if you are symptomatic and avoiding large gatherings, especially indoors."



A graph of Western New York's hospitalizations per 100,000 residents shows what could be another wave of Covid.

"UB's sequencing efforts are an important part of our local and regional disease surveillance," Erie County Health Commissioner Gale Burstein said. "The delta variant's overwhelming prevalence in our area helps to explain the recent, exponential increase in Covid-19 cases and Covid-19-related hospitalizations. However, our area's relatively high vaccination rates have helped to counter the delta variant's higher transmissibility. I recommend that anyone who has not received the Covid-19 vaccine to get vaccinated. This will protect you, your family, and our community."

**Looking for a COVID-19 vaccination appointment?** | Click Here

Nick Veronica is a Buffalo native who joined the News 4 team as a Digital Executive Producer in 2021. He previously worked at NBC Sports and The Buffalo News. You can follow Nick on Facebook and Twitter and find more of his work here.

Copyright 2021 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SHARE THIS STORY

9/13/21, 9:11 AM   Every case except one was delta: UB scientists urge vaccines, masking as delta variant rages | News 4 Buffalo

Case 1:21-cv-01009-DNH-ML Document 16-5 Filed 09/22/21 Page 6 of 16

63°



### Heart Surgeon's Secret to Healthy Blood Pressure
Ventricore



### The Award-winning Israeli Mask Everyone is Talking About in the US
Sonovia



### One Simple Hack Keeps Your Blood Sugar Below 100
Growthmax Today



### The Best Way to Withdraw From Retirement Accounts
SmartAsset



### Anyone with Diabetes Should Watch This (What They Don't Tell You)
Blood Sugar Blaster



### The Big Bang Theory Cast Is Much Different In Real Life
UpbeatNews



### This All-Natural Lung Cleaning Device Helps Anyone Breathe Easier
AirPhysio



### 25 Actors Hollywood Directors Won't Touch
UpbeatNews



### 8 Out Of 10 Adults Fail This U.S History Quiz
UpbeatNews

**MORE STORIES**

63°



# Family of Hamburg native carries on legacy of 9-11 victim through a new generation

by George Richert / Sep 10, 2021

Read the Full Article  →

9/13/21, 9:11 AM    Every case except one was delta: UB scientists urge vaccines, masking as delta variant rages | News 4 Buffalo

Case 1:21-cv-01009-DNH-ML Document 16-5 Filed 09/22/21 Page 8 of 16

63°



### The daughter of an Attica victim was searching for answers. Here's how she found some of them.

by Chris Horvatits / Sep 10, 2021

63°



### Local school districts dealing with bus driver shortage

by Kayla Green / Sep 10, 2021

Read the Full Article →

SPONSORED

63°



By FirstNet

# FirstNet® For First Responders

When coordination is critical, trust FirstNet®, the network built with and for first responders.

See More

## TOP STORIES



**Niagara County's 63rd Peach Festival is back after a gap year due to the pandemic**



**Biden announces sweeping new vaccine mandates for 100 million Americans**





9/13/21, 9:11 AM  Every case except one was delta: UB scientists urge vaccines, masking as delta variant rages | News 4 Buffalo

Case 1:21-cv-01009-DNH-ML   Document 16-5   Filed 09/22/21   Page 11 of 16

63°


### Disney's Frozen opens in Buffalo Friday


### WATCH: UB law professor weighs in on whether Byron Brown can be on the ballot in November


### WATCH: What's new in the Williamsville School District this year


### Members of CWA union are voting whether to authorize a strike against Catholic Health


### Ribbon cutting held for new 1275 Delaware project


### State appellate judge puts on hold one order to place Brown on November ballot; other order still stands for now


### New York Beer Project announces new Florida


### Niagara Splash World will extend season through

9/13/21, 9:11 AM    Every case except one was delta: UB scientists urge vaccines, masking as delta variant rages | News 4 Buffalo

Case 1:21-cv-01009-DNH-ML   Document 16-5   Filed 09/22/21   Page 12 of 16

63°



**Federal judge upholds Buffalo Billion convictions**



**Williamsville South High School to welcome students back with new renovations**

Read more stories →

## MORE STORIES



**First day of school for students at Buffalo City Schools**



**Frontier School parents weigh in on children wearing masks at school**





9/13/21, 9:11 AM  Every case except one was delta: UB scientists urge vaccines, masking as delta variant rages | News 4 Buffalo

Case 1:21-cv-01009-DNH-ML   Document 16-5   Filed 09/22/21   Page 13 of 16

63°



**Williamsville private school sues state over face mask mandate**



**Businesses prepare to welcome people back to the theatre district as Disney's Frozen takes over Shea's**

Read more stories →



**New York State Office of Information Technology Services Site Category Blocked**

**TRENDING NOW**

**1**  Watch News 4 Now

**2**  Man accused of hitting jogger with large tree branch over 20 times appears in court

**3**  Grandparent arrested after seriously injuring Buffalo assistant principal

**4**  4 Warn Weather

**5**  4 Observations: Bills lose opener 23-16

**6**  Bills coach Sean McDermott and players address the media after the loss at Highmark Stadium

9/13/21, 9:11 AM
Case 1:21-cv-01009-DNH-ML Document 16-5 Filed 09/22/21 Page 14 of 16
'Every case except one was delta': UB scientists urge vaccines, masking as delta variant rages | News 4 Buffalo

63°

**8** Josh Allen after season opening loss to Steelers: "You can't expect to beat a good football team beating yourself"

**9** Niagara Falls High School officials address violent start to school year

**10** 26-year-old Buffalo man shot Friday night near Northumberland and Kensington Ave.

**SUBSCRIBE NOW**
**Daily News**

Your email

SIGN UP

Tweets by News 4 Buffalo

**New York State Office of Information Technology Services Site Category Blocked**

63°

**New York State Office of Information Technology Services Site Category Blocked**



**FOLLOW US**

     

**NEWS APP**

 

**WEATHER APP**

 

9/13/21, 9:11 AM 'Every case except one was delta': UB scientists urge vaccines, masking as delta variant rages | News 4 Buffalo

Case 1:21-cv-01009-DNH-ML Document 16-5 Filed 09/22/21 Page 16 of 16

63°

/ WNLO EEO Report / Nexstar CC Certification
Privacy Policy / Terms Of Use / Covers / Best Reviews / Do Not Sell My Personal Information / FCC Applications / Public File Assistance Contact / Subscribe To Push Notifications

© 1998 - 2021 Nexstar Media Inc. | All Rights Reserved.