# Exhibit H

September 11, 2021 | 2:13 pm

**COVID-19 Vaccines**

On August 23, the FDA announced the full approval of the Pfizer-BioNTech vaccine for the prevention of COVID-19 disease in individuals age 16 and older. Read more.

DETAILS ❯



**GOVERNOR**
KATHY HOCHUL

JUNE 23, 2021 | Albany, NY

# Governor Cuomo Announces New York Ending COVID-19 State Disaster Emergency on June 24

CORONAVIRUS (/KEYWORDS/CORONAVIRUS) HEALTH (/KEYWORDS/HEALTH) PUBLIC SAFETY (/KEYWORDS/PUBLIC-SAFETY)

Statewide 7-Day Average Positivity is 0.36%—Record Low for 26 Consecutive Days, Has Declined for 79 Consecutive Days

52,526 Vaccine Doses Administered Over Last 24 Hours

6 COVID-19 Deaths Statewide Yesterday

Governor Andrew M. Cuomo today announced that New York will end the state disaster emergency [declared on March 7, 2020 (https://www.governor.ny.gov/news/novel-coronavirus-briefing-governor-cuomo-declares-state-emergency-contain-spread-virus)](https://www.governor.ny.gov/news/novel-coronavirus-briefing-governor-cuomo-declares-state-emergency-contain-spread-virus) to fight COVID-19. Given New York's dramatic progress against COVID-19, with the success in vaccination rates, and declining hospitalization and positivity statewide the state of emergency will expire after Thursday, June 24.

Federal CDC guidance will remain in effect, which includes masks for unvaccinated individuals, as well as all riders on public transit and in certain settings, such as health care, nursing homes, correctional facilities, and homeless shelters. State and local government health departments will still be able to ensure mask rules and other health precautions are adhered to in those settings.

Since March of 2020, a variety of actions had been taken by executive order to assist in the rapid response to the pandemic by state agencies, local governments, hospitals, and businesses by both temporarily suspending or modifying laws as well as utilizing temporary directives. Hospitals were able to add space and staffing, meetings were authorized to occur virtually, and various deadlines were extended to accommodate a changed landscape.

"New York went from one of the worst infection rates to the lowest infection rate in the country, and it was all because of the efforts of New Yorkers who were smart, united and did what they needed to do throughout this entire pandemic," **Governor Cuomo said**. "Now we're starting to write a new chapter for a post-COVID New York--the state disaster emergency is ending and we can focus on reimaging, rebuilding and renewing our state. This doesn't mean COVID is gone, we still have to get more New Yorkers vaccinated, but we are getting back on track and starting to live life once again."

Today's data is summarized briefly below:

- **Test Results Reported -** 90,350
- **Total Positive -** 310
- **Percent Positive -** 0.34%
- **7-Day Average Percent Positive -** 0.36%
- **Patient Hospitalization -** 474 (-12)
- **Patients Newly Admitted -** 64
- **Patients in ICU -** 104 (-3)
- **Patients in ICU with Intubation -** 60 (-2)
- **Total Discharges -** 184,386 (+68)
- **Deaths -** 6
- **Total Deaths -** 42,942
- **Total vaccine doses administered -** 20,702,818
- **Total vaccine doses administered over past 24 hours -** 52,526
- **Total vaccine doses administered over past 7 days -** 406,783

- **Percent of New Yorkers ages 18 and older with at least one vaccine dose -** 68.6%
- **Percent of New Yorkers ages 18 and older with completed vaccine series -** 62.2%
- **Percent of New Yorkers ages 18 and older with at least one vaccine dose (CDC) -** 71.2%
- **Percent of New Yorkers ages 18 and older with completed vaccine series (CDC) -** 63.5%
- **Percent of all New Yorkers with at least one vaccine dose -** 56.9%
- **Percent of all New Yorkers with completed vaccine series -** 51.2%
- **Percent of all New Yorkers with at least one vaccine dose (CDC) -** 59.1%
- **Percent of all New Yorkers with completed vaccine series (CDC) -** 52.3%

Each region's 7-day average percentage of positive test results reported over the last three days is as follows:

| Region | Sunday, June 20, 2021 | Monday, June 21, 2021 | Tuesday, June 22, 2021 |
| --- | --- | --- | --- |
| Capital Region | 0.42% | 0.40% | 0.44% |
| Central New York | 0.40% | 0.49% | 0.49% |
| Finger Lakes | 0.46% | 0.46% | 0.48% |
| Long Island | 0.41% | 0.40% | 0.38% |
| Mid-Hudson | 0.33% | 0.34% | 0.33% |
| Mohawk Valley | 0.37% | 0.33% | 0.28% |
| New York City | 0.36% | 0.35% | 0.35% |

| | | | |
|---|---|---|---|
| North Country | 0.58% | 0.52% | 0.58% |
| Southern Tier | 0.42% | 0.40% | 0.40% |
| Western New York | 0.27% | 0.27% | 0.25% |
| Statewide | 0.37% | 0.36% | 0.36% |

Each New York City borough's 7-day average percentage of positive test results reported over the last three days is as follows:

| Borough in NYC | Sunday, June 20, 2021 | Monday, June 21, 2021 | Tuesday, June 22, 2021 |
|---|---|---|---|
| Bronx | 0.40% | 0.38% | 0.38% |
| Kings | 0.32% | 0.31% | 0.31% |
| New York | 0.29% | 0.28% | 0.28% |
| Queens | 0.37% | 0.34% | 0.35% |
| Richmond | 0.60% | 0.61% | 0.63% |

Yesterday, 310 New Yorkers tested positive for COVID-19 in New York State, bringing the total to 2,095,233. A geographic breakdown is as follows:

| County | Total Positive | New Positive |
|---|---|---|
| Albany | 24,722 | 3 |
| Allegany | 3,561 | 0 |
| Broome | 18,641 | 3 |
| Cattaraugus | 5,723 | 0 |
| Cayuga | 6,338 | 0 |
| Chautauqua | 8,959 | 0 |
| Chemung | 7,776 | 0 |
| Chenango | 3,507 | 2 |
| Clinton | 4,839 | 0 |
| Columbia | 4,068 | 0 |

| County | Cases | Deaths |
|---|---|---|
| Cortland | 3,931 | 1 |
| Delaware | 2,388 | 2 |
| Dutchess | 29,493 | 2 |
| Erie | 89,620 | 3 |
| Essex | 1,593 | 0 |
| Franklin | 2,563 | 0 |
| Fulton | 4,425 | 1 |
| Genesee | 5,439 | 0 |
| Greene | 3,405 | 0 |
| Hamilton | 315 | 2 |
| Herkimer | 5,196 | 0 |
| Jefferson | 6,159 | 2 |

| | | |
|---|---|---|
| Lewis | 2,811 | 0 |
| Livingston | 4,527 | 2 |
| Madison | 4,567 | 1 |
| Monroe | 69,090 | 11 |
| Montgomery | 4,254 | 0 |
| Nassau | 183,825 | 16 |
| Niagara | 20,051 | 1 |
| NYC | 938,747 | 178 |
| Oneida | 22,644 | 0 |
| Onondaga | 38,998 | 8 |
| Ontario | 7,410 | 2 |
| Orange | 48,365 | 5 |

| | | |
|---|---|---|
| Orleans | 3,121 | 0 |
| Oswego | 7,633 | 1 |
| Otsego | 3,465 | 1 |
| Putnam | 10,623 | 0 |
| Rensselaer | 11,242 | 3 |
| Rockland | 46,986 | 5 |
| Saratoga | 15,398 | 2 |
| Schenectady | 13,213 | 3 |
| Schoharie | 1,694 | 0 |
| Schuyler | 1,081 | 0 |
| Seneca | 2,011 | 0 |
| St. Lawrence | 6,654 | 3 |

| Steuben | 6,961 | 1 |
|---|---|---|
| Suffolk | 201,261 | 24 |
| Sullivan | 6,686 | 2 |
| Tioga | 3,838 | 1 |
| Tompkins | 4,353 | 1 |
| Ulster | 13,918 | 1 |
| Warren | 3,668 | 1 |
| Washington | 3,165 | 1 |
| Wayne | 5,791 | 4 |
| Westchester | 129,757 | 11 |
| Wyoming | 3,585 | 0 |
| Yates | 1,179 | 0 |

Yesterday, 6 New Yorkers died due to COVID-19, bringing the total to 42,942. A geographic breakdown is as follows, by county of residence:

| County | New Deaths |
|---|---|
| Erie | 1 |
| Monroe | 1 |
| Rockland | 1 |
| Seneca | 1 |
| Steuben | 1 |
| Westchester | 1 |

All New York State mass vaccination sites are now open to eligible New Yorkers for walk-in vaccination on a first-come, first-serve basis. People who would prefer to schedule an appointment at a state-run mass vaccination site can do so on the Am I Eligible App (https://am-i-eligible.covid19vaccine.health.ny.gov/#_blank) or by calling 1-833-NYS-4-VAX. People may also contact their local health department, pharmacy, doctor or hospital to schedule appointments where vaccines are available, or visit vaccines.gov (https://www.vaccines.gov/) to find information on vaccine appointments near them.

Yesterday, 23,674 New Yorkers received their first vaccine dose, and 32,174 completed their vaccine series. A geographic breakdown of New Yorkers who have been vaccinated by region is as follows:

| Region | People with at least one vaccine dose | | People with complete vaccine series | |
|---|---|---|---|---|
| | Cumulative Total | Increase over past 24 hours | Cumulative Total | Increase over past 24 hours |
| Capital Region | 661610 | 889 | 608123 | 1397 |
| Central New York | 524373 | 663 | 483405 | 903 |
| Finger Lakes | 671199 | 877 | 620976 | 1420 |
| Long Island | 1494063 | 3482 | 1339880 | 6000 |
| Mid-Hudson | 1209337 | 2653 | 1081267 | 3971 |
| Mohawk Valley | 258795 | 377 | 238482 | 415 |
| New York City | 5244937 | 12781 | 4642820 | 14785 |

| | | | | |
|---|---|---|---|---|
| North Country | 236127 | 311 | 219732 | 588 |
| Southern Tier | 343447 | 548 | 316779 | 626 |
| Western New York | 725844 | 1093 | 653163 | 2069 |
| Statewide | 11369732 | 23674 | 10204627 | 32174 |

The [COVID-19 Vaccine Tracker Dashboard (https://covid19vaccine.health.ny.gov/covid-19-vaccine-tracker)](https://covid19vaccine.health.ny.gov/covid-19-vaccine-tracker) is available to update New Yorkers on the distribution of the COVID-19 vaccine. The New York State Department of Health requires vaccinating facilities to report all COVID-19 vaccine administration data within 24 hours; the vaccine administration data on the dashboard is updated daily to reflect the most up-to-date metrics in the state's vaccination effort. New York State Department of Health-reported data from NYSIIS and CIR differs slightly from federally-reported data, which is inclusive of federally-administered doses and other minor differences. Both numbers are included in the release above.

# Contact the Governor's Press Office

📞 **Contact us by phone:**

Albany: (518) 474 - 8418
New York City: (212) 681 - 4640

✉️ **Contact us by email:**

Press.Office@exec.ny.gov

# Translations

| | |
|---|---|
| **Arabic Translation**<br>الترجمة إلى العربية | ⬇ **DOWNLOAD** |
| **Bengali Translation**<br>বাংলা অনুবাদ | ⬇ **DOWNLOAD** |
| **Chinese Translation**<br>中文翻譯 | ⬇ **DOWNLOAD** |
| **Haitian-Creole Translation**<br>Tradiksyon kreyòl ayisyen | ⬇ **DOWNLOAD** |
| **Italian Translation**<br>Traduzione italiana | ⬇ **DOWNLOAD** |
| **Korean Translation**<br>한국어 번역 | ⬇ **DOWNLOAD** |
| **Polish Translation**<br>Polskie tłumaczenie | ⬇ **DOWNLOAD** |
| **Russian Translation**<br>Перевод на русский язык | ⬇ **DOWNLOAD** |
| **Spanish Translation**<br>Traducción al español | ⬇ **DOWNLOAD** |
| **Yiddish Translation**<br>אידישע איבערטייטשונג | ⬇ **DOWNLOAD** |