# Exhibit I

**September 11, 2021** | 2:13 pm

## COVID-19 Vaccines

On August 23, the FDA announced the full approval of the Pfizer-BioNTech vaccine for the prevention of COVID-19 disease in individuals age 16 and older. Read more.

DETAILS ❯



**GOVERNOR**
KATHY HOCHUL

AUGUST 5, 2021 | Albany, NY

# Statement from New York State Department of Health Commissioner Dr. Howard Zucker

STATEMENT (/KEYWORDS/STATEMENT)  CORONAVIRUS (/KEYWORDS/CORONAVIRUS)  EDUCATION (/KEYWORDS/EDUCATION)

"With the end of the state disaster emergency on June 25, 2021, school districts are reestablished as the controlling entity for schools. Schools and school districts should develop plans to open in-person in the fall as safely as possible, and I recommend following guidance from the CDC and local health departments."

## Contact the Governor's Press Office

📞 **Contact us by phone:**

Albany: (518) 474 - 8418
New York City: (212) 681 - 4640

**Contact us by email:**

[Press.Office@exec.ny.gov](mailto:Press.Office@exec.ny.gov)

# Translations

| | |
|---|---|
| **Arabic Translation**<br>الترجمة إلى العربية | **DOWNLOAD** |
| **Bengali Translation**<br>বাংলা অনুবাদ | **DOWNLOAD** |
| **Chinese Translation**<br>中文翻譯 | **DOWNLOAD** |
| **Haitian-Creole Translation**<br>Tradiksyon kreyòl ayisyen | **DOWNLOAD** |
| **Italian Translation**<br>Traduzione italiana | **DOWNLOAD** |
| **Korean Translation**<br>한국어 번역 | **DOWNLOAD** |
| **Polish Translation**<br>Polskie tłumaczenie | **DOWNLOAD** |
| **Russian Translation**<br>Перевод на русский язык | **DOWNLOAD** |
| **Spanish Translation**<br>Traducción al español | **DOWNLOAD** |
| **Yiddish Translation** | |

9/13/21, 9:52 AM
Statement from New York State Department of Health Commissioner Dr. Howard Zucker
Case 1:21-cv-01009-DNH-ML Document 16-9 Filed 09/23/21 Page 4 of 4

| Yiddish Translation<br>אידישע איבערטייטשונג |  DOWNLOAD |
|---|---|