# Exhibit P

# Comirnaty and Pfizer-BioNTech COVID-19 Vaccine

*August 23, 2021*: **FDA approves Comirnaty (COVID-19 Vaccine, mRNA), which was previously known as Pfizer-BioNTech COVID-19 Vaccine, for the prevention of COVID-19 disease in individuals 16 years of age and older.** View Comirnaty information (https://www.fda.gov/vaccines-blood-biologics/comirnaty), press release (/news-events/press-announcements/fda-approves-first-covid-19-vaccine) and frequently asked questions (https://www.fda.gov/vaccines-blood-biologics/qa-comirnaty-covid-19-vaccine-mrna).

Comirnaty Information

Pfizer-BioNTech Fact Sheets

Pfizer-BioNTech Fact Sheet Translations

On August 23, 2021, the FDA approved the first COVID-19 vaccine. The vaccine has been known as the Pfizer-BioNTech COVID-19 Vaccine, and will now be marketed as Comirnaty (/vaccines-blood-biologics/comirnaty), for the prevention of COVID-19 disease in individuals 16 years of age and older. The vaccine also continues to be available under emergency use authorization (EUA), including for individuals 12 through 15 years of age and for the administration of a third dose in certain immunocompromised individuals.

## Comirnaty (/vaccines-blood-biologics/comirnaty) Information

| Information | Last Updated |
|---|---|
| Package Insert (/media/151707/download) | August 23, 2021 |
| Summary Basis for Regulatory Action (https://www.fda.gov/media/151733/download) | August 23, 2021 |
| Approval Letter (https://www.fda.gov/media/151710/download) | August 23, 2021 |
| FAQ for Comirnaty (COVID-19 Vaccine mRNA) (/vaccines-blood-biologics/qa-comirnaty-covid-19-vaccine-mrna) (Español (/vaccines-blood-biologics/preguntas-y-respuestas-sobre-comirnaty-vacuna-de-arnm-contra-el-covid-19)) | August 23, 2021 |

## Pfizer-BioNTech Fact Sheets (English) and FAQs

| Information | Last Updated |
|---|---|

| Information | Last Updated |
|---|---|
| Fact Sheet for Healthcare Providers Administering Vaccine (/media/144413/download) | August 23, 2021 |
| Fact Sheet for Recipients and Caregivers (/media/144414/download) | August 23, 2021 |
| Frequently Asked Questions on the Pfizer-BioNTech COVID-19 Vaccine (/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/pfizer-biontech-covid-19-vaccine-frequently-asked-questions) | August 23, 2021 |

## Pfizer-BioNTech Regulatory Information

| Information | Date |
|---|---|
| Letter of Authorization (Reissued) (/media/150386/download) | August 23, 2021 |
| Concurrence Letter (/media/151731/download) | August 22, 2021 |
| Decision Memorandum (https://www.fda.gov/media/151613/download) | August 12, 2021 |
| Letter Granting EUA Amendment (https://www.fda.gov/media/148877/download) | May 19, 2021 |
| FDA Decision Memorandum (/media/148542/download) | May 10, 2021 |
| Letter Granting EUA Amendment (/media/147390/download) | April 6, 2021 |
| Letter Granting EUA Amendment (/media/145493/download) | January 22, 2021 |
| Letter Granting EUA Amendment (/media/144955/download) | January 6, 2021 |
| FDA Decision Memorandum  (/media/144416/download) | December 11, 2020 |
| Advisory Committee Meeting Information (/advisory-committees/advisory-committee-calendar/vaccines-and-related-biological-products-advisory-committee-december-10-2020-meeting-announcement) | December 10, 2020 |

## Media Materials and Webcasts

| Information | Date |
|---|---|
| Press Release (/news-events/press-announcements/fda-approves-first-covid-19-vaccine) | August 23, 2021 |
| Press Release (/news-events/press-announcements/coronavirus-covid-19-update-fda-authorizes-additional-vaccine-dose-certain-immunocompromised) | August 12, 2021 |
| FDA In Brief (/news-events/press-announcements/fda-brief-fda-authorizes-longer-time-refrigerator-storage-thawed-pfizer-biontech-covid-19-vaccine) | May 19, 2021 |

| Information | Date |
|---|---|
| [Press Release (/news-events/press-announcements/coronavirus-covid-19-update-fda-authorizes-pfizer-biontech-covid-19-vaccine-emergency-use)](#) | May 10, 2021 |
| [Press Conference (https://youtu.be/npjhwpConSw)](#) ⎘ [(http://www.fda.gov/about-fda/website-policies/website-disclaimer)](#) | May 10, 2021 |
| [Press Release (/news-events/press-announcements/coronavirus-covid-19-update-fda-allows-more-flexible-storage-transportation-conditions-pfizer)](#) | February 25, 2021 |
| [Press Release (/news-events/press-announcements/fda-takes-key-action-fight-against-covid-19-issuing-emergency-use-authorization-first-covid-19)](#) | December 11, 2020 |
| [Press Conference (https://youtu.be/L0K3RsIZIP0)](#) ⎘ [(http://www.fda.gov/about-fda/website-policies/website-disclaimer)](#) | December 11, 2020 |
| [Advisory Committee Webcast (https://youtu.be/owveMJBTc2I)](#) ⎘ [(http://www.fda.gov/about-fda/website-policies/website-disclaimer)](#) | December 10, 2020 |

## Translations of the Pfizer-BioNTech Fact Sheet for Recipients and Caregivers

| Fact Sheet | Language |
|---|---|
| [بيان حقائق للمتلقي اللقاح ومقدمي الرعاية (/media/144651/download)](#) (June 25, 2021) | عربي (Arabic) |
| [প্রাপক ও পরিচর্যাকারীদের জন্য তথ্যপত্র (/media/150079/download)](#) (June 25, 2021) | ইংরেজী (Bengali) |
| [ကာကွယ်ဆေး လက်ခံရရှိသူများနှင့် စောင့်ရှောက်မှု ပေးသူများအတွက် သတင်း အချက်အလက် စာရွက် (/media/144613/download)](#) (June 25, 2021) | မြန်မာ (Burmese) |
| [ᎤᏙᎯᏳ ᎠᏎᏊᏉ ᎣᎵᏚᎦ ᏗᎪᏩᏙᏗ ᎠᏗ ᎣᎾᏯᎸᎪᏗ ᏧᎾᏯᏍᏗᏍᎬ (/media/144614/download)](#) (June 25, 2021) | ᏣᎳᎩ (Cherokee) |
| [接受者和护理者须知 (/media/144615/download)](#) (August 23, 2021) | 中文 (Chinese, Simplified) |
| [TAROPWEN AFFAT (IKA FACT SHEET) REN CHON ANGEI ME CHON TUMUN (/media/144652/download)](#) (June 25, 2021) | Foosun Chuuk (Chuukese) |
| [برگه اطلاعات برای دریافت کنندگان و ارائه کنندگان مراقبت (/media/145608/download)](#) (June 25, 2021) | فارسی (Farsi) |

| Fact Sheet | Language |
|---|---|
| FICHE D'INFORMATION POUR LES BÉNÉFICIAIRES ET LES AIDANTS (/media/144819/download) <br> (June 25, 2021) | Français (French) |
| MERKBLATT FÜR EMPFÄNGER UND BETREUER (/media/144617/download) <br> (June 25, 2021) | Deutsch (German) |
| પ્રાપ્તકર્તાઓ અને કાળજી રાખનારા માટે ફેક્ટ શીટ (/media/144742/download) <br> (June 25, 2021) | ગુજરાતી (Gujarati) |
| FEY ENFOMASYON POU MOUN K'AP RESEVWA AVEK MOUN K'AP BAY SWEN (/media/144618/download) <br> (June 25, 2021) | Kreyòl Ayisyen (Haitian Creole) |
| प्राप्तकर्ताओं और देखभाल कर्ताओं के लिए तथ्य पत्र/फैक्ट शीट (/media/144619/download) <br> (June 25, 2021) | हिन्दी (Hindi) |
| DAIM NTAWV QHIA TSEEB RAU COV NEEG TAU KEV PAB THIAB COV NEEG ZOVTU (/media/144653/download) <br> (June 25, 2021) | Hmoob (Hmong) |
| SCHEDA INFORMATIVA PER RICEVENTI E ASSISTENTI (/media/145507/download) <br> (June 25, 2021) | Italiano (Italian) |
| ワクチン接種を受ける人と介護従事者のためのファクトシート (/media/145509/download) <br> (June 25, 2021) | 日本 (Japanese) |
| បញ្ជីហេតុការណ៍សម្រាប់អ្នកទទួលនិងអ្នកថែទាំ (/media/144760/download) <br> (June 25, 2021) | ភាសាអង់គ្លេស (Khmer) |
| 환자와 의료진을 위한 정보지 (/media/144620/download) <br> (August 23, 2021) | 한국어 (Korean) |
| PEPA IN MEḶEḶE KO REMOOL ÑAN RO REJ LOLOORJAKE Ājmuur IM AENŌṂṂAN (/media/144743/download) <br> (June 25, 2021) | Pālle (Marshallese) |
| Bich'į' azláágo Aa'áhál yání Yaa' áháyánígíí Yaa'áko nízin doo gi Bił Ííshjáán Alnééh (/media/144621/download) <br> (June 25, 2021) | Bilagáanaa Bizaad jí (Navajo) |
| ARKUSZ INFORMACYJNY DLA OSÓB SZCZEPIONYCH I ICH OPIEKUNÓW (/media/144622/download) <br> (June 25, 2021) | Polski (Polish) |
| FICHA TÉCNICA PARA RECEPTORES E CUIDADORES (/media/144623/download) <br> (June 25, 2021) | Português (Portuguese) |

| Fact Sheet | Language |
|---|---|
| ИНФОРМАЦИОННЫЙ БЮЛЛЕТЕНЬ ДЛЯ РЕЦИПИЕНТОВ И СПЕЦИАЛИСТОВ ПО УХОДУ (/media/144624/download) <br> (June 25, 2021) | Русский (Russian) |
| XAASHIDA MACLUUMAADKA EE LOOGU TALAGALAY TALLAAL QAATAYAASHA IYO DARYEELAYAASHA (/media/144662/download) <br> (June 25, 2021) | Soomaali (Somali) |
| HOJA INFORMATIVA PARA RECEPTORES Y PROVEDORES DE CUIDADO (/media/144625/download) <br> (August 23, 2021) | Español (Spanish) |
| FACT SHEET PARA SA MGA TATANGGAP AT TAGAPAG-ALAGA (/media/144663/download) <br> (August 23, 2021) | Tagalog (Tagalog) |
| TỜ THÔNG TIN CHO NGƯỜI NHẬN VÀ NHỮNG NGƯỜI CHĂM SÓC (/media/144626/download) <br> (August 23, 2021) | Tiếng Việt (Vietnamese) |
| אינפֿאָרמאַציע בלאט פֿאר די וועלכע באקומען און פֿאר הילפֿער (גבאים) (/media/144627/download) <br> (June 25, 2021) | אידיש (Yiddish) |