# Exhibit R



 

Open statement 

⚠ **The Moderna COVID-19 Vaccine is available under an Emergency Use Authorization**

‹ FAQ Categories

**COVID-19 Vaccine - Categories** ⌄

# Does the Moderna COVID-19 Vaccine contain fetal cell lines or were fetal cell lines used in the development of the vaccine?

Last Updated on July 1, 2021

The Moderna COVID-19 Vaccine does not contain any preservatives, antibiotics, adjuvants, or materials of human or animal origin.  The Moderna COVID-19 vaccine does not use fetal cell lines during the vaccine manufacturing or lot testing process.

## Related FAQs

**I've lost the carton. What is the expiration date for my vaccine? It is not shown on the vial. Am I missing any critical information? I do not have a way to scan the QR code.** →



Does the Moderna COVID-19 Vaccine contain any antibiotics, preservatives, or other ingredients such as egg, or bovine albumin? →

Why does the vaccine expiry indicate year 2069 on the packing slip? →

# Didn't find the answers you were looking for?

Our contact team is here 24/7 to answer any of your questions and to supply you with any additional documentation you may need.

**Contact us**

Read References ⌄

 Fact Sheet

Contact us

Privacy Policy

Terms and Conditions



© 2021 Moderna, Inc.

© 2021 Moderna, Inc.

