# Exhibit S

Pfizer
Comirnaty (COVID-19 Vaccine, mRNA) - Pfizer-BioNTech COVID-19 Vaccine - Animal or Human Cell Lines

The Pfizer-BioNTech COVID-19 Vaccine is also known as COMIRNATY (COVID-19 Vaccine, mRNA). Comirnaty is U.S. Food and Drug Administration (FDA)-approved in individuals 16 years of age and older. Comirnaty is indicated for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS CoV 2) in individuals 16 years of age and older. Please refer to the full Prescribing Information for individuals 16 years of age and older for important treatment considerations for Comirnaty via the following link (https://www.pfizermedicalinformation.com/en-us/pfizer-biontech-covid-19-vaccine). In the event this link does not work, please access the product's approved prescribing information at www.pfizer.com/products.

In individuals 12-15 years of age, the Pfizer-BioNTech COVID-19 Vaccine has not been approved or licensed by FDA but has been authorized for emergency use by FDA under an Emergency Use Authorization (EUA) to prevent Coronavirus Disease 2019 (COVID-19). The emergency use of this product is only authorized for the duration of the declaration that circumstances exist justifying the authorization of emergency use of the medical product under Section 564(b)(1) of the FD&C Act unless the declaration is terminated or authorization revoked sooner. Please refer to the Emergency Use Authorization (EUA) Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) including Full EUA Prescribing Information on important treatment considerations for the Pfizer-BioNTech COVID-19 Vaccine via the following link:
https://www.pfizermedicalinformation.com/en-us/patient/pfizer-biontech-covid-19-vaccine or www.cvdvaccine.com. In the event this link does not work, please access the product's Fact Sheet or Prescribing Information at www.pfizer.com.

The FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) and the EUA- authorized Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.

## ARE ANIMAL OR HUMAN CELL LINES USED IN THE MANUFACTURING PROCESS OF THE VACCINE?

*Please see below for an answer to this question. Pfizer Medical Information is also providing information regarding the presence of specific allergens or ingredients for select products, including this vaccine, via the Ingredient & Allergen Checker.*

Animal or human fetal-derived cell lines are not used to produce Comirnaty (also known as Pfizer-BioNTech COVID-19 Vaccine), which consists of synthetic and enzymatically produced components.[1,2]

For further information regarding the vaccine, please refer to the Prescribing Information.

**REFERENCES**

1. Pfizer-BioNTech COVID-19 vaccine. Data on File (8). Pfizer.
2. Pfizer-BioNTech COVID-19 vaccine. Data on File (25). Pfizer.