# Exhibit HH



# COVID-19 Vaccination

## Position Statement #3072

NANN Board of Directors
May 2021

To date, more than 130 million cases of COVID-19 have been reported globally. In the United States, more than 30 million cases and more than 500 thousand deaths have been reported (Johns Hopkins University & Medicine, n.d.). As frontline providers, nurses bear witness to the effects of the COVID-19 pandemic. In addition to following guidelines established by the Centers for Disease Control and Prevention (CDC) and your institution—including the use of masks, social distancing, and frequent thorough handwashing—vaccination is a vital step in controlling the spread of COVID-19. As the professional voice of neonatal nurses, the National Association of Neonatal Nurses (NANN) recommends nurses get vaccinated.



## Association Position

The National Association of Neonatal Nurses (NANN) supports the COVID-19 vaccination recommendations from the Centers for Disease Control and Prevention (CDC). Vaccination is a personal choice. We recognize that data regarding the various COVID-19 vaccines continue to evolve, and we encourage nurses to educate themselves as new information arises. The current vaccines have undergone rigorous clinical trials and are safe and effective against COVID-19. The global impact of the virus has been devastating. Vaccination is our best defense. As such, NANN recommends nurses get vaccinated against COVID-19.

## Background and Significance

As of April 3, 2021, more than 130 million cases of COVID-19 have been reported globally. Since the first reported case on January 21, 2020, the United States has experienced more than 30 million confirmed cases resulting in more than a half-million deaths (Johns Hopkins University and Medicine, n.d.). All individuals are presumed to be susceptible to the COVID-19 virus; however, illness presentation may vary. Individuals at risk for severe disease include people older than 60 years and people with chronic medical conditions. All age groups have experienced asymptomatic and milder versions of the disease.

Nurses are impacted by the COVID-19 pandemic both physically and psychologically. Frequent contact with infected individuals makes nurses more vulnerable to infection than the general population. According to *Lost on the Frontline* (*The Guardian* and Kaiser Health News, 2021), more than 3,500 healthcare workers in the United States have died from coronavirus since March 2020. Thirty-two percent were nurses. Nurses must care for and protect themselves from the virus first so that they may protect and care for their patients.

Vaccination is the first step in the prevention of illness from COVID-19. As the various vaccines emerge, it is essential to understand the types of vaccine platforms and their efficacy and safety profile. Three types of vaccine platforms are currently in use mRNA, viral vector, and protein subunit (currently in phase 3 clinical trials). None of these vaccine platforms can convey the COVID-19 infection. The vaccines work by expressing a protein from the virus, allowing your immune system to generate antibodies (Centers for Disease Control and Prevention, 2021a, 2021b, 2021c). Physical symptoms may be experienced after vaccination and represent the body's natural immune response.

COVID-19 vaccinations are held to the same safety standards as all other vaccines. In December 2020, the US Food and Drug Administration (FDA) granted Emergency Use Authorization (EUA) for two COVID-19 vaccines to respond to the public health emergency caused by the pandemic. An mRNA vaccine developed by Pfizer and BioNTech was the first COVID-19 vaccine to receive EUA on December 11, 2020. The Pfizer-BioNTech vaccine is approved for use in individuals aged 16 years or older and is given as a two-dose vaccine,

3 weeks apart (Pfizer Inc. & BioNTech Manufacturing GmbH, 2021). On December 18, 2020, a vaccine developed by Moderna received EUA by the FDA for use against COVID-19. Moderna's vaccine is approved for individuals aged 18 years or older and is given as a two-dose vaccine, 1 month apart (Moderna US, Inc., 2021). Both the Pfizer-BioNTech and Moderna vaccines are more than 90% efficacious in protecting people from COVID-19 (Baden et al., 2021; Polack et al., 2020). Preliminary findings for mRNA vaccines did not identify safety concerns for vaccinated pregnant people (Shimabukuro et al., 2021).

Emerging variants of SARS-CoV-2, the virus that causes COVID-19, have garnered increased concerns. SARS-CoV-2, like other viruses, experience changes in their genetic code (also known as a mutation) over time. In fact, within the United States and globally, there are multiple variants of SARS-CoV-2. Sometimes these mutations emerge and disappear relatively quickly. Other times they persist. Scientists continue to track and research SARS-CoV-2 variants actively. As it stands, the COVID-19 vaccines that are approved for emergency use are believed to "provide at least some protection against new virus variants because these vaccines elicit a broad immune response involving a range of antibodies and cells. Therefore, changes or mutations in the virus should not make vaccines completely ineffective" (The effects of virus variants on COVID-19 vaccines, 2021).

Nurses are essential to the response to COVID-19. As members of the most trusted profession in the United States, nurses are positioned to inform each other and the consumer about the importance of vaccination. Many factors affect one's decision to receive a vaccine or not. Hesitancy is natural but should be countered with facts. By arming oneself with accurate information about the available vaccines, nurses can reinforce confidence and build trust.

## Recommendations
1. Nurses should be vaccinated against COVID-19.
2. Nurses should keep abreast of the most updated information regarding vaccination.
3. Nurses should convey accurate information about the types of COVID-19 vaccines as well as their safety and efficacy.
4. Nurses should develop strategies to reinforce confidence in vaccination against the COVID-19 infection.

## Conclusions
Vaccine hesitancy is one of the top threats to public health. Although all available COVID-19 vaccines were researched, developed, and authorized for emergency use in record time, this was mainly due to immense collaborations between groups. Development of the COVID-19 vaccines had to meet the same high standards as all other vaccines. Becoming vaccinated against COVID-19 is our strongest defense and best available intervention to keep ourselves, our families, and our

patients safe. The more fully vaccinated people, the closer we become to herd immunity.

NANN encourages all nurses to educate themselves on the vaccines. Although vaccination is a personal choice, NANN acknowledges the need to protect our vulnerable patient population. As such, NANN recommends getting vaccinated against COVID-19.

## References

Baden, L. R., El Sahly, H. M., Essink, B., Kotloff, K., Frey, S., Novak, R., Diemert, D., Spector, S. A., Rouphael, N., Creech, C. B., McGettigan, J., Khetan, S., Segall, N., Solis, J., Brosz, A., Fierro, C., Schwartz, H., Neuzil, K., Corey, L., Gilbert, P., … COVE Study Group (2021). Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine. *The New England journal of medicine, 384*(5), 403–416. https://doi.org/10.1056/NEJMoa2035389

Centers for Disease Control and Prevention. (2021a, March 4). *Understanding and explaining mRNA COVID-19 vaccines.* Retrieved April 7, 2021, from https://www.cdc.gov/vaccines/covid-19/hcp/mrna-vaccine-basics.html.

Centers for Disease Control and Prevention. (2021b, March 2). *Understanding and explaining viral vector COVID-19 vaccines.* Retrieved April 7, 2021, from https://www.cdc.gov/vaccines/covid-19/hcp/viral-vector-vaccine-basics.html.

Centers for Disease Control and Prevention (2021c, March 9). *Understanding how COVID-19 vaccines work.* Retrieved April 7, 2021, from https://www.cdc.gov/coronavirus/2019-ncov/vaccines/different-vaccines/how-they-work.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fvaccines%2Fabout-vaccines%2Fhow-they-work.html

COVID-19 vaccine Hesitancy: 12 things you need to know. (2021, March 18). Retrieved April 26, 2021, from https://www.hopkinsmedicine.org/health/conditions-and-diseases/coronavirus/covid19-vaccine-hesitancy-12-things-you-need-to-know

The effects of virus variants on COVID-19 vaccines. (2021, March 1). Retrieved April 26, 2021, from https://www.who.int/news-room/feature-stories/detail/the-effects-of-virus-variants-on-covid-19-vaccines?gclid=EAIaIQobChMIo_Hax9aa8AIVjR-tBh0OEgV9EAAYASAAEgLDEvD_BwE

The Guardian and Kaiser Health News. (2021, April). *Lost on the Frontline.* Retrieved April 13, 2021, from https://www.theguardian.com/us-news/ng-interactive/2020/aug/11/lost-on-the-frontline-covid-19-coronavirus-us-healthcare-workers-deaths-database

Johns Hopkins University & Medicine. (n.d.). *COVID-19 Dashboard by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University (JHU).* Retrieved April 7, 2021, from https://coronavirus.jhu.edu/map.html

Moderna US, Inc. (2021, March 26). *Fact sheet for recipients and caregivers: Emergency use authorization (EUA) of the Moderna COVID-19 vaccine to prevent coronavirus disease 2019 (COVID-19) in individuals 18 years of age and older.* Retrieved April 7, 2021, from https://www.fda.gov/media/144638/download

Pfizer Inc. & BioNTech Manufacturing GmbH. (2021, April 6). Fact sheet for recipients and caregivers: Emergency use authorization (EUA) of the Pfizer-BioNTech COVID-19 vaccine to prevent coronavirus disease 2019

(COVID-19) in individuals 16 years of age and older. Retrieved April 7, 2021, from https://www.fda.gov/media/144414/download

Polack, F. P., Thomas, S. J., Kitchin, N., Absalon, J., Gurtman, A., Lockhart, S., Perez, J. L., Pérez Marc, G., Moreira, E. D., Zerbini, C., Bailey, R., Swanson, K. A., Roychoudhury, S., Koury, K., Li, P., Kalina, W. V., Cooper, D., Frenck, R. W., Jr, Hammitt, L. L., Türeci, Ö., … C4591001 Clinical Trial Group. (2020). Safety and efficacy of the BNT162b2 mRNA COVID-19 vaccine. *The New England Journal of Medicine, 383*(27), 2603–2615. https://doi.org/10.1056/NEJMoa2034577

Shimabukuro, T. T., Kim, S. Y., Myers, T. R., Moro, P. L., Oduyebo, T., Panagiotakopoulos, L., Marquez, P. L., Olson, C. K., Liu, R., Chang, K. T., Ellington, S. R., Burkel, V. K., Smoots, A. N., Green, C. J., Licata, C., Zhang, B. C., Alimchandani, M., Mba-Jonas, A., Martin, S. W., . . . Meaney-Delman, D. M. (2021). Preliminary Findings of mRNA Covid-19 Vaccine Safety in Pregnant Persons. *The New England Journal of Medicine,* https://doi.org/10.1056/NEJMoa2104983

Drafted by Michelle Cherry, DNP RN and Julie E. Williams, DNP CRNP NNP-BC, Health Policy and Advocacy Committee Chair and Board Liaison. Additional Health Policy and Advocacy Committee members: Raymond Riley, BSN RNC-NIC N-NPT; Julie Sundermeier, DNP APRN-NP NNP-BC; Michele Sweet, MS RN CCNS; and Susan Taylor, RNC-NIC BSN. Approved by the National Association of Neonatal Nurses Board of Directors.

Copyright © 2021 by the National Association of Neonatal Nurses. No part of this statement may be reproduced without the written consent of the National Association of Neonatal Nurses.



8735 W. Higgins Road, Suite 300, Chicago, IL 60631
800.451.3795 • 847.375.3660 • Fax 866.927.5321
www.nann.org