# Exhibit JJ

MENU

VA (http://www.va.gov/) » Office of Public and Intergovernmental Affairs (/opa/index.asp) » News Releases (/opa/pressrel/index.cfm)

# Office of Public and Intergovernmental Affairs

VA mandates COVID-19 vaccines among its medical employees including VHA facilities staff

July 26, 2021, 02:19:00 PM

Printable Version (./includes/viewPDF.cfm?id=5696)
**Need Viewer Software? (http://www.va.gov/viewer.htm)**

## VA mandates COVID-19 vaccines among its medical employees including VHA facilities staff

**WASHINGTON** — July 26 Department of Veterans Affairs Secretary Denis McDonough announced he will make COVID-19 vaccines mandatory for Title 38 VA health care personnel — including physicians, dentists, podiatrists, optometrists, registered nurses, physician assistants, expanded-function dental auxiliaries and chiropractors — who work in Veterans Health Administration facilities, visit VHA facilities or provide direct care to those VA serves.

VA is taking this necessary step to keep the Veterans it serves safe.

Each employee will have eight weeks to be fully vaccinated.

"We're mandating vaccines for Title 38 employees because it's the best way to keep Veterans safe, especially as the Delta variant spreads across the country," McDonough said. "Whenever a Veteran or VA employee sets foot in a VA facility, they deserve to know that we have done everything in our power to protect them from COVID-19. With this mandate, we can once again make — and keep — that fundamental promise."

The department's decision is supported by numerous medical organizations including the American Hospital Association (https://www.aha.org/public-comments/2021-07-21-aha-policy-statement-mandatory-covid-19-vaccination-health-care), America's Essential Hospitals (https://essentialhospitals.org/general/americas-essential-hospitals-urges-members-require-employee-vaccination/) and a Multisociety group of the leading Infectious Disease Societies. (https://www.cambridge.org/core/journals/infection-control-and-hospital-epidemiology/article/multisociety-statement-on-covid19-vaccination-as-a-condition-of-employment-for-healthcare-personnel/690D1804B72FFF89C5FC0AED0043AD62) The American Medical Association, American Nurses Association, American College of Physicians, American Academy of Pediatrics, Association of American Medical Colleges, and National Association for Home Care and Hospice also endorsed mandating COVID-19 vaccination for health care workers (https://www.hematology.org/newsroom/press-releases/2021/joint-statement-in-support-of-covid-19-vaccine-mandates-for-all-workers-in-health).

In recent weeks, VA has lost four employees to COVID-19 — all of whom were unvaccinated. At least three of those employees died because of the increasingly prevalent Delta variant. There has also been an outbreak among unvaccinated employees and trainees at a VA Law Enforcement Training Center, the third such outbreak during the pandemic.

All VA employees are eligible to be vaccinated at no personal expense at any of our facilities (https://www.va.gov/find-locations/?facilityType=health&serviceType=Covid19Vaccine). Employees will also receive four hours of paid administrative leave after demonstrating they have been vaccinated. Information in these FAQs (https://www.va.gov/health-care/covid-19-vaccine/) or clinician and Veteran videos (https://www.va.gov/initiatives/have-questions-before-you-get-your-covid-19-vaccine/) has details about the vaccine, its safety and effectiveness.

The safety and wellbeing of our Veterans and personnel is paramount.

###

## Disclaimer of Hyperlinks

The appearance of external hyperlinks does not constitute endorsement by the Department of Veterans Affairs of the linked web sites, or the information, products or services contained therein. For other than authorized VA activities, the Department does not exercise any editorial control over the information you may find at these locations. All links are provided with the intent of meeting the mission of the Department and the VA website. Please let us know about existing external links which you believe are inappropriate and about specific additional external links which you believe ought to be included by emailing newmedia@va.gov (mailto:newmedia@va.gov).

People wishing to receive e-mail from VA with the latest news releases and updated fact sheets can subscribe to the VA Office of Public Affairs Distribution List (/opa/pressrel/opa_listserv.asp).

Back to News Releases Index (index.cfm)

## Search VA News Releases

**Search for *(Required)*:**

**Search in:**

Select One

**Sort by:**

Select One

**Begin Date *(Required)*:**

(mm/dd/yyyy)

**End Date:**

(mm/dd/yyyy)

Search