# Exhibit LL

 

# COVID-19

To maximize protection from the Delta variant and prevent possibly spreading it to others, get vaccinated as soon as you can and wear a mask indoors in public if you are in an area of substantial or high transmission.

# COVID-19 Vaccines for Healthcare Personnel

Updated May 27, 2021        Print

Healthcare personnel continue to be on the front line of the nation's fight against COVID-19. By providing critical care to those who are or might be infected with the virus that causes COVID-19, some healthcare personnel are at increased risk of infection from COVID-19. All healthcare personnel are recommended to get vaccinated against COVID-19.

## Tips for How to Get a COVID-19 Vaccine



If you have not already been vaccinated against COVID-19, you can:

- Talk to your healthcare administrative staff to determine if a vaccine can be made available to you on site.
- If a vaccine is not available on site, Vaccines.gov can assist with finding vaccination providers near you.

**Find a COVID-19 vaccine:** Search vaccines.gov, text your ZIP code to 438829, or call 1-800-232-0233 to find locations near you in the U.S.

## Information about COVID-19 Vaccines for Healthcare Professionals

**You can help protect yourself and your patients by getting a COVID-19 vaccine when it is available.**

- Studies show that COVID-19 vaccines are safe and effective.
- A COVID-19 vaccine cannot make you sick with COVID-19.
- Depending on the kind of COVID-19 vaccine you get, you might need a second shot 3 weeks (or 21 days) or 4 weeks (or 28 days) after your first shot.
- Learn more about getting your COVID-19 vaccine.

**After getting vaccinated, some people have side effects. Common side effects include:**

- Pain, redness, or swelling where you get your shot
- Tiredness
- Headache
- Muscle pain
- Chills
- Fever

- Nausea

These are normal signs that your body is building protection against COVID-19. Learn more about possible side effects and what to expect after getting your COVID-19 vaccine.



# After You Are Fully Vaccinated

For non-healthcare settings:

After you are fully vaccinated against COVID-19, you can resume activities in non-healthcare settings that you did prior to the pandemic. Learn more about what you can do when you have been fully vaccinated.

For healthcare settings:

When you are working in a healthcare setting, different infection prevention and control guidance will apply. Learn more: Updated Healthcare Infection Prevention and Control Recommendations in Response to COVID-19 Vaccination.

## Fast, Easy, Free, and Nearby COVID-19 Vaccination

The federal government is providing the vaccine **free of charge** to all people living in the United States, regardless of their immigration or health insurance status.

COVID-19 Vaccines Are Free

## Related Pages

› Key Things to Know About COVID-19 Vaccines

› When You've Been Fully Vaccinated

› Facts about COVID-19 Vaccines

› Frequently Asked Questions about COVID-19 Vaccination

› Benefits of Getting a COVID-19 Vaccine

› Workplace Vaccination Program

## For Healthcare Professionals

- How to Talk to Your Patients About COVID-19 Vaccination
- COVID-19 Clinical Resources

Last Updated May 27, 2021