Exhibit QQ

# COVID-19 Vaccines in Adults: Benefit-Risk Discussion

Hannah Rosenblum, MD
ACIP Meeting
July 22, 2021





**cdc.gov/coronavirus**

# Current COVID-19 vaccine policy

- Today's discussion will focus on the benefits and harms of COVID-19 vaccines in adults

- Three COVID-19 vaccines are recommended for persons aged 18 years and older in the United States under FDA's Emergency Use Authorization

2

# Benefits and risks by vaccine, age and sex in adults

**Benefits** of COVID-19 Janssen and mRNA vaccines in adults



**Risk** after COVID-19 Janssen and mRNA vaccines in adults

3

# COVID-19 vaccines in adults: Benefit-risk discussion

- Public health problem
  - Recent COVID-19 epidemiology in adults
  - Adverse events reported after vaccination
    - Guillain-Barre Syndrome (GBS)
    - Thrombosis with Thrombocytopenia Syndrome (TTS)
    - Myocarditis

- Benefit/Risk assessment
  - Benefits of Janssen vaccine
  - Risk of GBS after Janssen vaccine
  - Risk of TTS after Janssen vaccine

  - Benefits of mRNA vaccines
  - Risk of myocarditis after mRNA vaccines

4

# Trends in number of U.S. COVID-19 cases reported to CDC



# Trends in number of U.S. COVID-19 cases reported to CDC



# Recent trends in number of U.S. COVID-19 cases

**April 1, 2020 – July 19, 2021**



https://covid.cdc.gov/covid-data-tracker/#trends_dailytrendscases; from July 21, 2021

7

# Forecast of cases and hospitalizations for the next four weeks

**New COVID-19 cases forecasted through August 14, 2021**

**COVID-19 hospitalizations forecasted through August 16, 2021**





# SARS-CoV-2 variants circulating in the United States

**April 11 – July 17, 2021**



Alpha (B.1.1.7): 8%

**Delta  (B.1.617.2): 83.2%**

Gamma (P.1): 3%

9

# Rare serious adverse events reported after COVID-19 vaccination

**Janssen vaccine**

**Thrombosis with thrombocytopenia syndrome (TTS)**

**Guillain-Barré syndrome (GBS)**

**mRNA vaccines**

**Myocarditis**



# Summary

- After a period of decline, COVID-19 cases and hospitalizations have begun to increase in recent weeks.
  - Variants continue to spread; Delta variant now found in >80% of cases in the United States

- Rare events have been observed after COVID-19 vaccination:
  - Janssen vaccine: TTS & GBS
  - mRNA vaccine: myocarditis

11

# Benefits and Harms of Janssen COVID-19 Vaccine



# Methods for assessment of benefit-risk balance – Janssen vaccine

**Benefits**

- Expected protection provided per 1 million Janssen vaccine doses by age/sex calculated using:
  - Most recent case incidence, COVID-NET hospitalization & severity data (through June 19th)
  - VE (90%) for hospitalization
  - VE (66%) for COVID-19 symptomatic cases
  - 120-day period



VE= Vaccine efficacy

13

# Methods for assessment of benefit-risk balance – Janssen vaccine

### Benefits

- Expected protection provided per 1 million Janssen vaccine doses by age/sex calculated using:
  - Most recent case incidence, COVID-NET hospitalization & severity data (through June 19th)
  - VE (90%) for hospitalization
  - VE (66%) for COVID-19 symptomatic cases
  - 120-day period



### Potential harms

- Estimated cases of **GBS** per 1 million Janssen vaccine doses, by age/sex using cases from VAERS through June 30, 2021

- Estimated cases of **TTS** per 1 million Janssen vaccine doses, by age/sex using cases reported to VAERS through July 8, 2021

VE= Vaccine efficacy; GBS = Guillain-Barré syndrome; TTS= Thrombosis with thrombocytopenia syndrome; VAERS = Vaccine Adverse Event Reporting System

14

# Benefits of the Janssen COVID-19 vaccine

- The clinical trial demonstrated efficacy against symptomatic, laboratory-confirmed COVID-19. Overall efficacy was **66%**

- Against **severe** outcomes:
  - Vaccine efficacy against COVID-19-associated **hospitalization**: **93%**
  - VE against **deaths** due to COVID-19: **100%**

- Persistence of antibody response & activity demonstrated against a variety of variants[*]

[*]Durable humoral and cellular immune responses months after Ad26.COV2.S vaccination NEJM https://www.nejm.org/doi/full/10.1056/NEJMc2108829?query=featured_home

15

# Potential Harms of the Janssen COVID-19 vaccine:
## Guillain-Barré Syndrome

- 12.6 million vaccine doses administered[*]and 98 GBS cases as of June 30, 2021

| | Females n= 37 | | | Males n=61 | | |
|---|---|---|---|---|---|---|
| Age group | Cases | Doses admin | Reporting rate[†] | Cases | Doses admin | Reporting rate[†] |
| **18-29 years old** | 1 | 1,037,996 | 1.0 per million | 3 | 1,258,963 | 2.4 per million |
| **30-49 years old** | 13 | 1,957,663 | 6.6 per million | 18 | 2,407,430 | 7.5 per million |
| **50-64 years old** | 14 | 1,888,715 | 7.4 per million | **33** | **2,115,411** | **15.6 per million** |
| **65+ years old** | 9 | 1,037,996 | 8.7 per million | 7 | 932,764 | 7.5 per million |

[*] Source of doses administered: FDA, through June 30, 2021; Some age- and sex-specific dose administered data were imputed
 [†] Reporting rate = GBS cases per 1 million Janssen COVID-19 vaccine doses administered
GBS = Guillain-Barré Syndrome

16

# Potential Harms of the Janssen COVID-19 vaccine:
## Thrombosis with Thrombocytopenia Syndrome

- 12.5 million vaccine doses administered[*]and 38 confirmed TTS cases as of July 8, 2021

| Age group | Females n= 28 | | | Males n=10 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Cases | Doses admin | Reporting rate[†] | Cases | Doses admin | Reporting rate[†] |
| 18-29 years old | 4 | 946,358 | 4.2 per million | 3 | 1,281,479 | 2.3 per million |
| 30-49 years old | **17** | **1,934,574** | **8.8 per million** | 4 | 2,440,773 | 1.6 per million |
| 50-64 years old | 7 | 1,865,372 | 3.8 per million | 3 | 2,130,473 | 1.4 per million |
| 65+ years old | 0 | 1,028,190 | 0.0 per million | 0 | 943,098 | 0.0 per million |

[*] Source of doses administered: https://covid.cdc.gov/covid-data-tracker/#vaccinations through July 8, 2021; Some age- and sex-specific doses administered data were imputed
[†] Reporting rate = TTS cases per 1 million Janssen COVID-19 vaccine doses administered
TTS=Thrombosis with Thrombocytopenia Syndrome

17

# Estimated predicted COVID-19 cases prevented vs. GBS cases for every million Janssen vaccinations over 120 days

## Females 18–29 Years

 **8,900** COVID-19 cases prevented

 **700** hospitalizations prevented

 **50** ICU admissions prevented

**5** deaths prevented

### 1 GBS case

## Males 18–29 Years

 **6,600** COVID-19 cases prevented

 **300** hospitalizations prevented

 **60** ICU admissions prevented

**3** deaths prevented

### 2 GBS cases

Hospitalizations, ICU admissions and deaths based on data for week of June 19, 2021; GBS = Guillain-Barré Syndrome

# Estimated predicted COVID-19 cases prevented vs. GBS & TTS cases for every million Janssen vaccinations over 120 days

| **Females 18–29 Years** | **Males 18–29 Years** |
|---|---|

 **8,900** COVID-19 cases prevented

 **700** hospitalizations prevented

 **50** ICU admissions prevented

**5** deaths prevented

**1 GBS case**
**4-5 TTS cases**

 **6,600** COVID-19 cases prevented

 **300** hospitalizations prevented

 **60** ICU admissions prevented

**3** deaths prevented

**2 GBS cases**
**2-3 TTS cases**

Hospitalizations, ICU admissions and deaths based on data for week of June 19, 2021; GBS = Guillain-Barré Syndrome; TTS= Thrombosis with Thrombocytopenia Syndrome

19

# Estimated predicted COVID-19 cases prevented vs. GBS & TTS cases for every million Janssen vaccinations over 120 days

**Females 30–49 Years**

 **10,100** COVID-19 cases prevented

 **900** hospitalizations prevented

 **140** ICU admissions prevented

**20** deaths prevented

**6-7 GBS cases**
**8-10 TTS cases**

**Males 30–49 Years**

 **7,600** COVID-19 cases prevented

 **650** hospitalizations prevented

 **150** ICU admissions prevented

**25** deaths prevented

**7-8 GBS cases**
**1-2 TTS cases**

Hospitalizations, ICU admissions and deaths based on data for week of June 19, 2021; GBS = Guillain-Barré Syndrome; TTS= Thrombosis with Thrombocytopenia Syndrome

# Estimated predicted COVID-19 cases prevented vs. GBS & TTS cases for every million Janssen vaccinations over 120 days

| **Females 50–64 Years** | **Males 50–64 Years** |
|---|---|

 **12,100** COVID-19 cases prevented

 **1,600** hospitalizations prevented

 **350** ICU admissions prevented
**120** deaths prevented

**7-8 GBS cases**
**3-4 TTS cases**

 **10,100** COVID-19 cases prevented

 **1,800** hospitalizations prevented

 **480** ICU admissions prevented
**140** deaths prevented

**14-17 GBS cases**
**1-2 TTS cases**

Hospitalizations, ICU admissions and deaths based on data for week of June 19, 2021; GBS = Guillain-Barré Syndrome; TTS= Thrombosis with Thrombocytopenia Syndrome

# Estimated predicted COVID-19 cases prevented vs. GBS & TTS cases for every million Janssen vaccinations over 120 days

**Females 65+ Years**

**Males 65+ Years**

 **29,000** COVID-19 cases prevented

 **5,900** hospitalizations prevented

 **1,250** ICU admissions prevented
**840** deaths prevented

**8-10 GBS cases**
**0 TTS cases**

 **36,600** COVID-19 cases prevented

 **11,800** hospitalizations prevented

 **3,300** ICU admissions prevented
**2,300** deaths prevented

**7-8 GBS cases**
**0 TTS cases**

Hospitalizations, ICU admissions and deaths based on data for week of June 19, 2021; GBS = Guillain-Barré Syndrome; TTS= Thrombosis with Thrombocytopenia Syndrome

# Benefits and risks after Janssen vaccine, by age group & sex

**For every million doses of vaccine given with US exposure risk and hospitalization rates from June 19, 2021**



23

# Benefits and Harms of mRNA COVID-19 Vaccines



# Methods for assessment of benefit-risk balance – mRNA COVID-19 vaccines in adults

**Benefits**

- Expected protection provided per 1 million mRNA vaccine doses using:
  - Most recent case incidence, COVID-NET hospitalization and severity data (through June 19th)
  - VE for hospitalization (95%)
  - VE for COVID-19 symptomatic cases (95%)
  - 120-day period



**Potential harms**

- Estimated cases of **myocarditis** per 1 million second doses of mRNA COVID-19 vaccine, by age/sex using data from VAERS through June 30, 2021

VE= Vaccine efficacy; VAERS = Vaccine Adverse Event Reporting System

25

# Benefits of mRNA vaccines

- Clinical trial data demonstrated high efficacy against symptomatic, laboratory-confirmed COVID-19 among adults with both mRNA vaccines (Pfizer-BioNTech and Moderna)
  - Overall efficacy was **94-95%**
  - Vaccine efficacy against COVID-19 associated hospitalization was **89-100%**

- Persistence of antibody response & activity demonstrated against a variety of variants[*]

Polack FP et al. N Engl J Med 2020; DOI: 10.1056/NEJMoa2034577; Frenck RW et al. N Engl J Med 2021; DOI: 10.1056/NEJMoa2107456; Baden LR et al. N Engl J Med 2021; DOI: 10.1056/NEJMoa2035389
[*]https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html

26

# Potential Harms of the mRNA COVID-19 vaccines:
## Myocarditis

- 141 million 2nd mRNA vaccine doses administered*and 497 myocarditis cases as of June 30, 2021 in age 18+

| Age group | Females n= 105 | | | Males n= 392 | | |
|---|---|---|---|---|---|---|
| | Cases | Doses admin | Reporting rate[†] | Cases* | Doses admin | Reporting rate[†] |
| 18-29 years old[§] | 34 | 10,491,212 | 3.2 per million | **248** | **10,212,647** | **24.3 per million** |
| 30-49 years old | 38 | 20,875,708 | 1.8 per million | 117 | 20,154,577 | 5.8 per million |
| 50-64 years old | 23 | 19,714,915 | 1.2 per million | 15 | 18,514,388 | 0.8 per million |
| 65+ years old | 10 | 22,274,470 | 0.4 per million | 12 | 19,518,324 | 0.6 per million |

*Source of doses administered: https://covid.cdc.gov/covid-data-tracker/#vaccinations; some age- and sex-specific doses administered data were imputed
[†]Reporting rate = myocarditis cases per 1 million mRNA COVID-19 mRNA second vaccine doses administered
[§]Myocarditis cases in 18-29-year-olds are confirmed cases meeting CDC's case definition

27

# Estimated predicted COVID-19 cases prevented vs. myocarditis cases for every million mRNA vaccinations over 120 days

| Females 18-29 Years | Males 18-29 Years |
|---|---|

 **12,800** COVID-19 cases prevented

 **750** hospitalizations prevented

 **50** ICU admissions prevented
**5** deaths prevented

**3-4 myocarditis cases** 

 **9,600** COVID-19 cases prevented

 **300** hospitalizations prevented

**60** ICU admissions prevented
**3** deaths prevented

**22-27 myocarditis cases** 

Hospitalizations, ICU admissions and deaths based on data for week of June 19, 2021

28

# Estimated predicted COVID-19 cases prevented vs. myocarditis cases for every million mRNA vaccinations over 120 days

**Females 30-49 Years**

**Males 30-49 Years**

 **14,600** COVID-19 cases prevented

 **950** hospitalizations prevented

 **140** ICU admissions prevented
**20** deaths prevented

**1-2 myocarditis cases** 

 **11,000** COVID-19 cases prevented

 **700** hospitalizations prevented

 **160** ICU admissions prevented
**25** deaths prevented

**5-6 myocarditis cases** 

Hospitalizations, ICU admissions and deaths based on data for week of June 19, 2021

# Estimated predicted COVID-19 cases prevented vs. myocarditis cases for every million mRNA vaccinations over 120 days

**Females 50-64 Years**

**Males 50-64 Years**

 **17,500** COVID-19 cases prevented

 **1,700** hospitalizations prevented

 **375** ICU admissions prevented

**125** deaths prevented

**1 myocarditis case**

 **14,700** COVID-19 cases prevented

 **1,900** hospitalizations prevented

 **500** ICU admissions prevented

**150** deaths prevented

**1 myocarditis case**



Hospitalizations, ICU admissions and deaths based on data for week of June 19, 2021

30

# Estimated predicted COVID-19 cases prevented vs. myocarditis cases for every million mRNA vaccinations over 120 days

## Females 65+ Years

 **32,000** COVID-19 cases prevented

 **6,200** hospitalizations prevented

 **1,300** ICU admissions prevented

**900** deaths prevented

**<1 myocarditis case** 

## Males 65+ Years

 **52,700** COVID-19 cases prevented

 **12,500** hospitalizations prevented

 **3,500** ICU admissions prevented

**2,400** deaths prevented

**<1 myocarditis case** 

Hospitalizations, ICU admissions and deaths based on data for week of June 19, 2021

# Benefits and risks after mRNA vaccine, by age group & sex

**For every million doses of vaccine given with US exposure risk and hospitalization rates from June 19, 2021**



**COVID-19-Associated Hospitalizations & Deaths Prevented by mRNA vaccines**

**Cases of myocarditis**

Females

| Age groups | | |
| 750 | 5 | 18-29 | 3-4 |
| 950 | 20 | 30-49 | 1-2 |
| 1,700 | 125 | 50-64 | 1 |
| 6,200 | 900 | 65+ | <1 |

Males

| Age groups | | |
| 300 | 3 | 18-29 | 22-27 |
| 700 | 25 | 30-49 | 5-6 |
| 1,900 | 150 | 50-64 | 1 |
| 12,500 | 2,400 | 65+ | <1 |

32

# Summary



# Benefits and risks after COVID-19 vaccine, by age group- <mark>females</mark>

**For every million doses of vaccine given with US exposure risk and hospitalization rates from June 19, 2021**



**COVID-19-Associated Hospitalizations and Deaths Prevented by Janssen vaccines**

| Age groups | |
|---|---|
| 700 / 5 | 18-29 |
| 900 / 20 | 30-49 |
| 1,600 / 120 | 50-64 |
| 5,900 / 840 | 65+ |

**Cases of Guillain-Barré Syndrome & Thrombosis with Thrombocytopenia Syndrome**

| | |
|---|---|
| 1 / 4-5 | 18-29 |
| 6-7 / 8-10 | 30-49 |
| 7-8 / 3-4 | 50-64 |
| 8-10 / 0 | 65+ |

**COVID-19-Associated Hospitalizations and Deaths Prevented by mRNA vaccines**

| Age groups | |
|---|---|
| 750 / 5 | 18-29 |
| 950 / 20 | 30-49 |
| 1,700 / 125 | 50-64 |
| 6,200 / 900 | 65+ |

**Cases of myocarditis**

| | |
|---|---|
| 3-4 | 18-29 |
| 1-2 | 30-49 |
| 1 | 50-64 |
| <1 | 65+ |

# Benefits and risks after COVID-19 vaccine, by age group- males

**For every million doses of vaccine given with US exposure risk and hospitalization rates from June 19, 2021**



35

# Benefits and risks after COVID-19 vaccine, by age group & sex

**For every million doses of vaccine given with US exposure risk and hospitalization rates from June 19, 2021**

| Age | Janssen COVID-19 vaccine | | | | | mRNA COVID-19 vaccines | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Prevented COVID-19 Outcomes | | | GBS Cases | TTS Cases | Prevented COVID-19 Outcomes | | | Myocarditis Cases |
| | Hospitalization | ICU | Death | | | Hospitalization | ICU | Death | |
| **FEMALES** | | | | | | | | | |
| 18-29 years | 700 | 50 | 5 | 1 | 4-5 | 750 | 50 | 5 | 3-4 |
| 30-49 years | 900 | 140 | 20 | 6-7 | 8-10 | 950 | 140 | 20 | 1-2 |
| 50-64 years | 1600 | 350 | 120 | 7-8 | 3-4 | 1,700 | 375 | 125 | 1 |
| 65+ years | 5,900 | 1250 | 840 | 8-10 | 0 | 6,200 | 1300 | 900 | <1 |
| **MALES** | | | | | | | | | |
| 18-29 years | 300 | 60 | 3 | 2 | 2-3 | 300 | 60 | 3 | 22-27 |
| 30-49 years | 650 | 150 | 25 | 7-8 | 1-2 | 700 | 160 | 25 | 5-6 |
| 50-64 years | 1,800 | 480 | 140 | 14-17 | 1-2 | 1,900 | 500 | 150 | 1 |
| 65+ years | 11,800 | 3300 | 2300 | 7-8 | 0 | 12,500 | 3500 | 2400 | <1 |

36

# Potential harms reported overall after COVID-19 vaccination

## Janssen vaccine

**Thrombosis with thrombocytopenia syndrome:**

**3.0** cases

per million doses among adults

**Guillain-Barré syndrome:**

**7.8** cases

per million doses among adults

## mRNA vaccines

**Myocarditis:**

**3.5** cases

per million doses among adults

- Risk for each potential harm varies by age and by sex

# Limitations of benefit-risk estimates

- Benefits of vaccination likely even greater than shown
  - Model uses current case estimates; does not account for underreporting or rising case counts
  - Benefits are estimated over 120 days following vaccination, but protection likely lasts longer
  - Does not account for post-COVID-19 conditions

- Some hospitalizations (COVID-NET) may be related to diagnoses other than COVID-19

- Vaccine efficacy from clinical trials rather than real-world data

- Crude numbers of potential harms were used for some estimates

# Benefit-risk interpretation and summary

- An assessment of the individual benefits and individual risks of vaccination is an important tool to help inform vaccination policy

- **This assessment demonstrates that the benefits of COVID-19 vaccination far outweigh the potential risks**

- The relative balance of benefits-risks varies by age/sex



39

# Acknowledgements

- Danielle Moulia
- Stephen Hadler
- Nicole Reisman
- Kathleen Dooling
- Sara Oliver
- Sarah Mbaeyi
- Megan Wallace
- Julia Gargano
- Lauri Hicks
- Jack Gersten
- Mary Chamberland
- Eddie Shanley
- Monica Godfrey

- Heather Scobie
- Kevin Chatham-Stevens
- Amanda Cohn
- Tom Shimabukuro
- John Su
- Lauri Markowitz
- Melinda Wharton

- Vaccine Safety Team
- Epidemiology and Surveillance Task Force
- Vaccine Task Force

40



For more information, contact CDC
1-800-CDC-INFO (232-4636)
TTY:  1-888-232-6348    www.cdc.gov

# Thank you

The findings and conclusions in this report are those of the authors and do not necessarily represent the official position of the Centers for Disease Control and Prevention.

