# Exhibit RR

ABC NEWS    VIDEO    LIVE    SHOWS    CORONAVIRUS

New York State Office of Information Technology Services

# Few people medically exempt from getting COVID-19 vaccine: Experts

*Most adults, regardless of their condition, can get the vaccine, experts say.*

By **Ivan Pereira**
September 15, 2021, 6:03 AM • 8 min read



CDC recommends pregnant women get COVID-19 vaccine
*Dr. Jen Ashton takes a closer look at the data that led to the CDC to change its stance on vaccinations.*

As companies continue to ramp up vaccine mandates to combat the contagious delta variant, some institutions are giving employees a chance to opt-out of getting the vaccine if they have a medical exemption.

However, medical experts who have been keeping track of COVID-19 **vaccines** and their effectiveness, say there are very few situations and conditions which would force a patient to put off getting vaccinated.

Recent Stories from ABC News



READ MORE

Suspects in Kristin Smart disappearance could face trial

**Top Stories**


**Authorities raid Florida home of Brian Laundrie during manhunt**
Sep 21, 7:24 AM


**Body found near Grand Teton confirmed to be Gabby Petito, death ruled a homicide**
Sep 21, 5:10 PM


**Body found in search for missing 22-year-old Gabby Petito**
Sep 19, 8:51 PM


**Jay-Z's Team Roc suing police department for allegedly covering up misconduct**
Sep 20, 8:55 PM


**House Democrats strip money for Israel defense system in bill**
3 hours ago

 ABC News Live



*24/7 coverage of breaking news and live events*

Dr. David Dowdy, an epidemiologist at the Johns Hopkins Bloomberg School of Public Health, told ABC News that the large and growing data on the three coronavirus vaccines shows there are no immediate health issues or side effects for most people with pre-existing medical conditions.

+ MORE: Are COVID-19 vaccines safe for pregnant women?

"Other than age, there are no major exemptions that cover large groups of people," he told ABC News.



Pasadena Star-News/MediaNews Group via Getty Images
*A nurse gives the Pfizer vaccine to a student during a Coronavirus vaccination clinic at Rio Hond...* Read More

The current guidance from the U.S. Centers for Disease Control and Prevention, said the two-dose mRNA vaccines and the one dose Johnson & Johnson vaccine are safe for almost all patients.

The only major contraindication to the vaccines listed by the CDC is a severe allergic reaction to the first dose. In those cases, the person is advised to consult a physician and hold off on their second dose, according to Dowdy.



ADVERTISING

"We're not talking about some people who had pain at the site of injection or a rash, we're talking about anaphylactic shock," he said.

Dowdy said the data so far shows this severe allergy is rare, and less than one in 1 million people experience it.

New York State Office of Information Technology Services Site Category Blocked

Dr. Jeff Linder, the chief of general internal medicine and geriatrics at Northwestern University Feinberg School of Medicine, told ABC News that research so far shows that those who have a severe allergic reaction are likely triggered by polyethylene glycol (PEG), a component in the vaccines.

"An allergy to that is pretty rare," he told ABC News. "It would have to be documented, as a moderate or severe allergy, before I would consider giving a medical exemption."

ABC News Photo Illustration

*CDC Vaccine recommendations for certain health conditions*

Overall, the COVID-19 vaccines are safe for people with "moderate to severe immune compromise," underlying conditions, pregnant women, women trying to get pregnant and breastfeeding mothers, according to the CDC.

Linder said these populations are most vulnerable to severe illness and death from the coronavirus and it is important that they get their shot.

"Anyone who says, 'I have a medical condition,' that is more of a reason to get vaccinated," he said.

The CDC has some extra precautions in place for people with certain medical conditions. For example, people with a history of heparin-induced thrombocytopenia (HIT), are advised to get an mRNA vaccine if they are within 90 days of illness, the CDC said. Women over 50 are also warned about a potential risk of thrombosis with thrombocytopenia syndrome (TTS) if they chose the Johnson & Johnson vaccine, according to the CDC.

The agency currently advises holding off on immediately getting the vaccine under two circumstances.

If a person is currently diagnosed with COVID-19 or under quarantine for a suspected case, they are advised from getting their shots until the quarantine period is over, according to the agency's guidelines. If a patient is receiving monoclonal antibodies or convalescent plasma for COVID-19 treatment, they are advised to hold off on their vaccine appointment for 90 days, the CDC said.

Joe Raedle/Getty Images

*Davon Lewin receives a COVID-19 test from EMT Christopher Linares at a Blue Med Consultants...* Read More

Dowdy said neither scenario should stop someone from getting any of the vaccines once they're eligible.

"People ask, 'If I've gotten COVID in the past can I get the vaccine?' The answer is yes, getting the vaccine adds additional protection," he said.

**COVID-19 Vaccine Tracker**



Dr. Jay Bhatt, an internal medicine physician, an instructor at the University of Illinois School of Public Health and an ABC News contributor, added that special care should be taken for patients who are awaiting an organ transplant, recently received an organ transplant or are receiving metastatic cancer treatment. Those patients should talk with their physicians and set up a timetable for the earliest and safest time to get their shots.

"It's less about not being vaccinated, it's more about when they want to do it," he said. "If they're in the midst of treatment...you want to make sure they're situated appropriately."

Researchers say it's highly unlikely that that list of medical exemptions will change in the near future. Over 178 million Americans over 12 have been fully vaccinated since December and there have been no reports so far of any adverse effects to patients who have medical conditions, according to Linder.

"The idea that we're missing something that's even rare or severe seems very unlikely to me," he said.

+ **MORE: CDC officially recommends additional vaccines for people with weakened immune systems**

Linder recommended that anyone who is still hesitant about getting the vaccine over a medical issue should consult their doctor and review the data that has overwhelmingly shown the vaccines are safe.

"The risk for COVID is still high," he said. "At the end of the day, we know the COVID vaccines are highly effective at preventing hospitalization and

death."

Anyone who needs help scheduling a free vaccine appointment can go to vaccines.gov.

Comments (150)

## Before You Go

**New Nissan's Finally On Sale**
All Things Auto | Search Ads | Sponsored

**Tommy Chong: The Horrifying Truth About CBD**
Tommy Chong's CBD | Sponsored

**32 Year Old Albany Woman Hits Jackpot, You Won't Believe What Happens Next**
PlayPlayGo | Sponsored

**New Kia's Finally On Sale**
All Things Auto | Search Ads | Sponsored

**U.S. Surgeon: This Simple Trick Empties Almost Immediately Your Bowels Every Morning**
Guthealthwellness | Sponsored

**No Offense, But These 2 Big Retailers Aren't The Cheapest Places To Shop**
MoneyWise.com | Sponsored

New claims in NYC restaurant brawl over vaccine proof

How COVID-19 hybrid immunity could be a potential pandemic game-changer

**Little-Known Trick For Gutters**
LeafFilter Partner | Sponsored

**This newly discovered Arctic sea organism is revolutionizing heart health**
IJAT | Sponsored

**This Game Can Train Your Brain To Think Strategically**
Total Battle - Tactical Game Online | Sponsored

ABC News Network | Privacy Policy | Your CA Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | About Nielsen Measurement | Terms of Use | Do Not Sell My Info | Contact Us

Copyright © 2021 ABC News Internet Ventures. All rights reserved.