## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DR. A., NURSE A., DR. C., NURSE D., DR. F., DR. I., THERAPIST I., NURSE J., DR. M., NURSE M., NURSE N., DR. O., DR. P., TECHNOLOGIST P., DR. S., NURSE S.** and **PHYSICIAN LIAISON X.**, | ) ) ) ) ) ) |
| Plaintiffs, | ) Case No. 1:20-cv-01009-DNH-ML ) |
| v. | ) ) |
| **KATHY HOCHUL**, Governor of the State of New York, in her official capacity; **HOWARD A. ZUCKER**, Commissioner of the New York State Department of Health, in his official capacity; and **LETITIA JAMES**, Attorney General of the State of New York, in her official capacity, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### MOTION FOR ADMISSION PRO HAC VICE ON BEHALF OF
### STEPHEN M. CRAMPTON

MICHAEL McHALE, one of the attorneys for Plaintiffs, hereby moves for an Order allowing admission pro hac vice of Stephen M. Crampton in this case, and in support thereof submits simultaneously herewith his Declaration of Sponsorship, Mr. Crampton's Petition for Admission to Practice, a current Certificate of Good Standing, and his completed E-filing Registration Form, together with the pro hac vice admission fee of $100.00. Mr. Crampton is a member of the Thomas More Society law firm and a member in good standing of the bar of the State of Mississippi. Furthermore, there are no pending disciplinary proceedings against him in any state or federal court.

        Respectfully submitted,

        /s/Michael McHale
        Michael McHale
        THOMAS MORE SOCIETY
        10506 Burt Circle, Ste. 110
        Omaha, NE  68114
        (402) 501-8586
        mmchale@thomasmoresociety.org

        *Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on September 24, 2021, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Kasey K. Hildonen
New York State Attorney General – Albany

Ryan W. Hickey
New York State Attorney General - Albany

        /s/Michael McHale
        Michael McHale