**United States District Court**
**Northern District of New York**

### NEW ATTORNEY E-FILING REGISTRATION FORM

*Enter your full name, as it will appear on your official Admission Certificate.   Select your method of admission and enter the required information.   Complete and sign the Oath on Admission.*

NAME: **Stephen**            **M.**            **Crampton**            ○ Sr.   ○ Jr.
        First              Middle            Last                      ● II    ● III

○ **STANDARD ADMISSION** see L.R. 83.1(a)
Applicants who are not admitted to practice in the Federal Courts of New York.

○ **RECIPROCAL ADMISSION** see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

● **PRO HAC VICE ADMISSION** see L.R. 83.1(d)
Motion   for   Limited   Admission   Pro   Hac   Vice   in        1:21-cv-01009-DNH-ML
Applicant required to file a Pro Hac Vice access request in PACER.        (case number)

Email address **scrampton@thomasmoresociety.org**

○ **FEDERAL GOVERNMENT ADMISSION** see L.R. 83.1(e)
   ○ Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S.
      Government, who is admitted to practice in other Federal Districts
   ○ Attorney in the employ of the United States Government who is **not** admitted
      in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

○ **SPECIAL ADMISSION CEREMONY** scheduled on      /    /       in                  , NY.
Sponsored by the Federal Court Bar Association. [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]

○ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

#### Oath on Admission

I, _____ Stephen M. Crampton _____ , do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated: 8 / 20/ 2021

_Attorney Signature_