UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Dr. A, Nurse A., Dr. C., Nurse D., Dr. F., Dr. G., Therapist I., Dr. J., Nurse J., Dr. M., Nurse N., Dr. O., Dr. P., Technologist P., Dr. S., Nurse S., and Physician Liaison X., | **NOTICE OF APPEAL** |
| *Plaintiffs*, | 1:21-CV-1009 |
| -against- | (DNH)(ML) |
| KATHY HOCHUL, Governor of the State of New York, in his official capacity, DR. HOWARD A. ZUCKER, Commissioner of the New York State Department of Health, in his official capacity, and LETITIA JAMES, Attorney General of the State of New York in her official capacity, | |
| *Defendants*. | |

---

**PLEASE TAKE NOTICE** that Defendants Kathy Hochul, Howard A. Zucker, and Letitia James hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order (ECF No. 22) entered in this action on October 12, 2021.

Dated: Albany, New York
      October 13, 2021

                                    LETITIA JAMES
                                    Attorney General
                                    State of New York
                                       *Attorney for Defendants*
                                    The Capitol
                                    Albany, New York

                                    By: *s/ Ryan W. Hickey*
                                    Ryan W. Hickey
                                    Assistant Attorney General, of Counsel
                                    Bar Roll No.   519020
                                    Telephone: (518) 776-2616
                                    Email: Ryan.Hickey@ag.ny.gov

TO:   Counsel of record (*via ECF*)