UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on October 13, 2021 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s): ___

> IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 18th day of October, 2021.
>
> John M. Domurad, Clerk
> U.S. District Court
>
>
> By:   s/ M. Gallup-Hughes
>         Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | Dr. A et al. v. Kathy Hochul et al.   1:21-cv-1009 |
| Docket No. of Appeal: | #23 |
| Document Appealed: | #22 Memorandum-Decision & Order |

Fee Status:   Paid X       Due ___       Waived (IFP/CJA) ___
       IFP revoked ___    Application Attached ___    IFP pending before USDJ ___

Counsel:            Retained X    Pro Se ___

Time Status:   Timely X       Untimely ___

Motion for Extension of Time:      Granted ___    Denied ___

Certificate of Appealability:   Granted ___    Denied ___    N/A X