UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of : Stephen M. Crampton

DECLARATION
OF
SPONSOR

STATE OF NEBRASKA
COUNTY OF Douglas

Michael McHale, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of Thomas More Society, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: 701887.

2. I make this Declaration in support of the admission of Stephen M. Crampton.

3. I have known Stephen M. Crampton since 2019, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~~~~~~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 18th, day of September, 20 21.

[signature]

SPONSOR