**SUPREME COURT OF MISSISSIPPI**
Post Office Box 0249
Jackson, MS  39205-0249
(601)-359-3694

**Supreme Court Clerk**
Phone: (601) 359-3694
FAX: (601) 359-2407

Invoice Number : 10134923

**INVOICE**

Upon payment, please refer to this invoice number.

Date : 09/27/2021

Stephen M. Crampton
Thomas More Society
309 W. Washington St., Ste. 1250
Chicago, IL  60606

RE: Case No.
Lower Court Case #

| Qty | | Charge Description | | Amount |
|---|---|---|---|---|
| 1 | rwh | Certificate of Good Standing | | $10.00 |
| 1 | rwh | Payment | Crampton Legal Services, PLLC | - $10.00 |
| | | | Invoice Amount : | $0.00 |

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Stephen M. Crampton** was duly and legally admitted to practice law before the Supreme Court of Mississippi on April 27, 1995, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on September 27, 2021, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

*[signature]*

CLERK

'FICE OF THE CLERK
ne Court & Court of Appeals
 Post Office Box 249
CKSON, MS 39205-0249

JACKSON MS 390
27 SEP 2021 PM

ZIP 39201 $ 000.53⁰
02 4W
0000374992 SEP 27 2021

tephen M. Crampton

homas More Society

09 W. Washington St., Ste. 1250

hicago, IL   60606

60606-320700