STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

January 18, 2022

**By ECF**
Honorable Miroslav Lovric
United States Magistrate Judge
United States District Court
Northern District of New York
15 Henry Street
Binghamton, New York 13901

Re:   *Dr. A., et al., v. Hochul, et al.*, 21-CV-1009 (DNH)(ML)

Dear Judge Lovric:

As directed by the Court's December 13, 2021 Text Order, I write on behalf of the defendants to provide a status report in this matter. On January 11, 2022, the Second Circuit issued an Order denying plaintiffs' petition for a panel rehearing or rehearing *en banc* in this action.

Accordingly, the defendants are prepared to move forward with this action and respectfully request that the stay of deadlines be lifted. The defendants intend to file a motion to dismiss, and propose the following schedule:

- Defendants' motion due 2/18;
- Plaintiffs' opposition due 3/18;
- Defendants' reply due 4/8.

A similar briefing schedule was recently approved by the Eastern District of New York in the related case of *We the Patriots USA, Inc., et al. v. Hochul, et al.*; E.D.N.Y., 21-cv-4954 (WFK)(RER). I have conferred with plaintiff's counsel regarding this proposed schedule, and he indicated that he does not agree to it. Plaintiff's counsel did not provide a counterproposal.

Respectfully submitted,

**s/ *Ryan W. Hickey***
Ryan W. Hickey
Assistant Attorney General

(518) 776-2616
Ryan.Hickey@ag.ny.gov

cc: All counsel of record (via ECF)