IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Dr. A., NURSE A., DR. C., NURSE D., DR. F., DR. I., THERAPIST I., NURSE J., DR. M., NURSE M., NURSE N., DR. O., DR. P., DR. S., NURSE S.** and **PHYSICIAN LIAISON X.**, <br><br>  Plaintiffs, <br><br> v. <br><br> **KATHY HOCHUL**, Governor of the State of New York, in her official capacity; **HOWARD A. ZUCKER**, Commissioner of the New York State Department of Health, in his official capacity; and **LETITIA JAMES**, Attorney General of the State of New York, in her official capacity, <br><br> Defendants. | Case No. 1:21-cv-1009 (DNH) (ML) <br><br> Notice of Appeal |

## PLAINTIFFS' NOTICE OF APPEAL FROM FEB. 23 ORDER DENYING PRELIMINARY INJUNCTION

Notice is hereby given that the above-captioned Plaintiffs appeal to the United States Court of Appeals for the Second Circuit from this Court's Memorandum-Decision and Order (ECF No. 49) on February 23, 2021, denying Plaintiffs' Renewed Motion for Preliminary Injunction (ECF No. 41).

Respectfully submitted,

/s/ Christopher Ferrara
CHRISTOPHER A. FERRARA, ESQ.
(Bar No. 51198)
Special Counsel
THOMAS MORE SOCIETY
148-29 Cross Island Parkway
Whitestone, Queens, New York 11357
Telephone: (718) 357-1040
cferrara@thomasmoresociety.org
*Counsel for Plaintiffs*

/s/ Michael McHale
MICHAEL G. MCHALE
(Bar No. 701887)
Counsel
THOMAS MORE SOCIETY
10506 Burt Circle, Ste. 110
Omaha, NE 68114
402-501-8586
mmchale@thomasmoresociety.org
*Counsel for Plaintiffs*

Stephen M. Crampton
Senior Counsel
THOMAS MORE SOCIETY
309 W. Washington, S
Chicago, IL 60606
(312) 782-1680
scrampton@thomasmoresociety.org
*Pro Hac Vice Counsel for Plaintiffs*


TO:     Counsel of record (*via ECF*)