STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

April 29, 2022

**By ECF**
Honorable Miroslav Lovric
United States Magistrate Judge
United States District Court
Northern District of New York
15 Henry Street
Binghamton, New York 13901

Re:   *Dr. A., et al., v. Hochul, et al.*, 21-CV-1009 (DNH)(ML)

Dear Judge Lovric:

      Defendants have filed a motion to dismiss the Amended Complaint in its entirety. I write to request that the Rule 16 Initial Conference, scheduled for May 9, 2022, as well as the deadline for the parties to exchange mandatory disclosures and file a Civil Case Management Plan, be adjourned pending a decision on Defendants' motion to dismiss.

      Thank you for your consideration of this request.

Respectfully submitted,

**s/ *Ryan W. Hickey***
Ryan W. Hickey
Assistant Attorney General
(518) 776-2616
Ryan.Hickey@ag.ny.gov

cc: All counsel of record (via ECF)