

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

June 9, 2022

**By ECF**
Honorable Miroslav Lovric
United States Magistrate Judge
United States District Court
Northern District of New York
15 Henry Street
Binghamton, New York 13901

Re:     *Dr. A., et al., v. Hochul, et al.*, 21-CV-1009 (DNH)(ML)

Dear Judge Lovric:

I write to request that the Defendants' deadline to submit their reply in support of the motion to dismiss [ECF No. 59] be extended by two weeks, to June 24, 2022. I make this request to allow additional time necessary to review and respond to Plaintiff's opposition brief, which was filed on June 3, 2022. ECF No. 65. Further, I am requesting this additional time so that I may coordinate with my colleagues in the Appeals and Opinions Bureau who are handling the concurrent appeal of the Court's Order denying Plaintiff's renewed request for a preliminary injunction [ECF Nos. 49, 53], as well as the Plaintiffs' pending petition for writ of certiorari in the United States Supreme Court. It is my understanding that the Supreme Court is scheduled to discuss the certiorari petition at today's conference.

I have conferred with Plaintiffs' counsel, who advises that he consents to the requested extension. Thank you for your consideration of this request.

Respectfully submitted,

**s/ *Ryan W. Hickey***
Ryan W. Hickey
Assistant Attorney General
(518) 776-2616
Ryan.Hickey@ag.ny.gov

cc: All counsel of record (via ECF)