# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of May, two thousand twenty-three.

Before:     William J. Nardini,
                    *Circuit Judge*.

_____

Dr. A., Nurse A., Dr. C., Nurse D., Dr. F., Dr. G., Therapist I., Dr. J., Nurse J., Dr. M., Nurse N., Dr. O., Dr. P., Dr. S., Nurse S., Physician Liaison X.,

**ORDER**

Docket No. 22-650

       Plaintiffs- Appellants,

v.

Kathy Hochul, Governor of the State of New York, in her official capacity, Mary T. Bassett, M.D., M.P.H., Commissioner of the New York State Department of Health, in her official capacity, Letitia James, Attorney General of the State of New York, in her official capacity,

       Defendants- Appellees.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal without prejudice to reinstatement by September 8, 2023 pursuant to Local Rule 42.1.

The stipulation is hereby "So-ordered."

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/05/2023