

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2616

November 30, 2023

Honorable David N. Hurd
United States District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

Re:   *Dr. A, et al. v. Hochul,*
          *et al.*
        21-CV-1009

Dear Judge Hurd:

Counsel have executed a Stipulation of Discontinuance in this matter, which is filed electronically herewith.  If the Stipulation meets with your approval, I respectfully request that you "so-order" it at your earliest convenience.

Thank you for your consideration of this matter.

Sincerely,

**s/ *Ryan W. Hickey***
Ryan W. Hickey
Assistant Attorney General

cc:   Counsel of Record (*Via ECF*)